LOPES V ORACLE CORPORATION, ET AL

DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1332

# EXHIBIT C

1  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
2  BALDWIN J. LEE (BAR NO. 187413)
   ALEXANDER NESTOR (BAR NO. 202795)
3  Three Embarcadero Center, 12th Floor
   San Francisco, California  94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: blee@allenmatkins.com
              anestor@allenmatkins.com
6
   Attorneys for Defendants
7  ORACLE AMERICA, INC. and JAMES SHARUM

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>             Plaintiff,<br><br>     vs.<br><br>ORACLE CORPORATION, JAMES SHARUM,<br><br>             Defendants. | Case No. 20CV368876<br><br>**DEFENDANTS' NOTICE TO THE CLERK OF THE SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed:  July 29, 2020 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4890-5270-6070

DEFENDANTS' NOTICE TO THE CLERK OF THE SUPERIOR COURT AND
ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

**TO THE CLERK FOR THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SANTA CLARA AND TO PLAINTIFF CORNELIUS LOPES:**

**PLEASE TAKE NOTICE** that Defendants Oracle America, Inc. and James Sharum ("Defendants") removed the above-entitled action to the United States District Court for the Northern District of California on March 22, 2022. Attached hereto as "Exhibit 1" is a true and correct copy of the Notice of Removal, which has been filed in the United States District Court for the Northern District of California in connection with the above-entitled action.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal with the federal court effects removal of this action, and this Court may proceed no further unless and until the case is remanded.

Dated: March 22, 2022

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Baldwin J. Lee
BALDWIN J. LEE
ALEXANDER NESTOR
Attorneys for Defendants
ORACLE AMERICA, INC. and JAMES SHARUM