United States District Court

Northern District of California

FILED

APR 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

22 - 01815

Case No. 20CV368876

# MOTION FOR AMICUS CURIAE FOR HR925 AMERICAN FAMILY ACT OF 2021 AND STOP THE IRS PAYMENTS TO ILLEGAL IMMIGRANTS BASED ON CHILD CREDIT RECIVED FROM WELFARE FROM THE 2021 CHILD TAX CREDITS TO ILLEGAL IMMIGRANTS FROM MEXICO & CENTRAL AMERICA

Cornelius Lopes
Plaintiff,

Nancy Pelosi, Gavin Newsom, Ron Fong, California Grocers Association Issues
Committee, Gavin Newsom, March Fong Eu
Defendants,

Issue:

HR928 American Family Act of 2021 amend the Internal Revenue Code of 1986 to make the child tax credit fully refundable, establish an increased child tax credit for young children enacted by the Senate and Congress

Rule

W.PROSSER & P. KEETING, TORTS, subdivision 131, states the presence of a pre-existing safety standard will displace the room that otherwise exists for government discretion immunity. In the absence of such a standard lead to the

conclusion that the activity is discretionary, the courts have decided negligence or duty issues under the guise of 'discretion'.

28 U.S.C. subdivision 2680(a), any claim based upon the exercise or performance or the failure to exercise or perform a discretionary function or duty on the part of a federal agency or an employee of the Government, whether or not the discretion involved be abused.

Section 7&8 (a)(1) Interfering with employee rights, National Labor Board.

29 U.S. Code subdivision 158 (a) unfair labor practices by employer, (1) to interfere with the exercise of the right guaranteed by section 157, (2) to dominate or interfere or administration of any labor organization; (3) by discrimination in regard to hire or tenure of employment or encourage or discourage members in any labor organization.

Article III, US Constitution, treason against the United States.

    a. Convention on the Prevention and Punishment of the Crime of Genocide, Article II, Killing members of the group;
    b. Causing serious bodily or mental harm to members of the group;
    c. Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
    d. Imposing measures intended to prevent births within the group;
    e. Forcibly transferring children of the group to another group

Dawson v. Steager, (U.S. Feb. 20, 2019), W. Va. Code §11-21-12(c)(6): A West Virginia statute providing a tax exemption for the retirement benefits of certain state law enforcement employees but not for federal retirees who had comparable job duties.

Comptroller of the Treasury v. Wynne, 575 U.S. 542 (2015), Md. Tax-Gen. Code Ann. § §10-703 (2010): Maryland statute allowing residents to claim credit for income taxes paid to other states against payment of Maryland state taxes, but not against county taxes.

United States v. Hatter, 532 U.S. 557 (2001), 42 U.S.C. § 410(a)(5)(E): Retroactively extending the Social Security law to require then-sitting judges to join the Social Security System and pay Social Security taxes.

Hunt-Wesson, Inc. v. Franchise Tax Board of California, 528 U.S. 458 (2000), Cal. Rev. & Tax Code Ann. § 24344 (West 1979): California interest-deduction-offset

provision of California corporate income tax scheme, which allowed multistate corporations to deduct interest expenses when calculating California share of taxable income only to the extent that the interest expenses exceeded certain out-of-state income from unrelated business activity.

Lunding v. New York Tax Appeals Tribunal, 522 U.S. 287 (1998), N.Y. Tax Law § 631(b)(6): New York statute that denied nonresidents, but not residents, an income tax deduction for alimony payments.

Hoffman Plastics Compound, Inc. v. National Labor Relations Board, 535 U.S. 137 (2002), held Federal immigration policy, as expressed by Congress in IRCA, foreclosed the Board from awarding backpay to an undocumented alien who has never been legally authorized to work in the United States.

Leame v. Bray, 3 East, 593; Hugget v. Montgomery, 2 N.R. 446, Day's Ed.- The result od these cases is, that if the damage complained of is the immediate effect of the act of the defendants, trespass vi et armis lies.


Facts:

A social problem in the south and southwest for over half a century, the "poor white" tenants and sharecroppers, following reduction of cotton planting, droughts and adverse conditions for small scale farming, swarmed into California. These unfortunate people were usually destitute when they arrived. Their ordinary routine has been, upon coming to California, first to go on Federal Relief for one year and then on to State and County relief rolls indefinitely. After they earn a little money in the harvests they send back home transportation for their relatives, generally the aged and in-firm, and these immediately become and continue public charges. They avoid our cities and even our towns by crowding together in the open country and in camps under living conditions shocking both as to sanitation and social environment. Underfed for many generations they bring with them their various nutritional diseases of the South. Their presence here upon public relief, with their habitual unbalanced diet and consequently lowered body resistance, means a constant threat of epidemics. Venereal diseases and tuberculosis are common with them and on the increase. The increase of rape and incest are readily traceable to the crowded conditions in which these people are forced to live. Petty crime among them has featured the criminal calendars of every community into which they have moved. As proven by experience in agricultural strikes, they are readily led into riots by agitators although it must be said they stubbornly resist all subservient influences, being loyal Americans,

whose only wish is for a better chance in life. Ugly stuff. Before we move on, I can tell you that I have read the Supreme Court's entire file, and it is bereft of any facts that support these various accusations. Mr. Wetmore's brief then continued: Their coming here has alarmingly increased our taxes and the cost of welfare outlays, old age pensions, and the care of the criminal, the indigent sick, and the insane. Therefore, how can it be said that California should not have the power in the protection of the safety, health, morals and welfare of its people, to bar proven paupers from our State? class snobbery was involved. In the 1930s, poor Californians' demands for public health, welfare, and what little public housing existed were all increasing. By the depth of the Great Depression, more than one in five Californians depended directly on public relief. At the same time, crop prices continued to drop, with California's farm income dropping by more than half, in just three years from 1929 to 1932.

As a result, thousands of farmers my own grandparents among them lost their farms to foreclosure. Low prices and high foreclosures caused real estate values to drop which, in turn, led to lower property tax revenues. In those pre–Proposition 13 days, local governments which were primarily responsible for administering public health and welfare depended on property taxes. In sum, California's public sector was being squeezed: it was being forced to do more, but with fewer resources. The deluge of poor migrants from the Southwest worsened this equation: the migrants needed even more public services education, health, and welfare but added nothing to the tax base. As more and more migrants arrived in California, many ended up in camps. A dozen or so camps were operated by the Farm Security Administration, but most were not. These unofficial, makeshift camps were squalid, lacking decent shelter, sanitation, and often potable water and food. In sum, Depression-era California had some rationale for trying to reduce the flow of poor people into the state. Enforcing section 2615 was one tool here, and various district attorneys prosecuted a score of section 2615 cases.

The Commerce Clause has figured prominently in lawsuits challenging the validity of the Patient Protection and Affordable Care Act (PPACA). Therefore, the Court's decisions relating to public health have had important implications for public health policy, procedures and practice relating to commerce. This Court's decision by granting mutual combat to the American citizen (plaintiff) to use against city(s) employee's and their contractors and partners justifies the Court using the Commerce Clause as a law will played a key role in either promoting or hindering efforts to achieve landmark legislation affecting the public's health. The Court's use of the Commerce Clause to justify mutual combat as a public health-related law, the Court may invalidate such legislations addresses in these complaints and

find they violate the constitution as outlined. Both acts by the Court exclude "black codes" contained in the legislations as well as Congress inhuman inability to stop city employees from killing Negro's. As Justice Miller stated in the Slaughter-House Cases, the Fourteenth Amendment used even more sweeping, general terms, the Amendment's language is not limited to discrimination based on race, color, or previous conditions of servitude. Then you have the last of the post-Civil War Amendments which then was followed by the Fifteenth Amendment which dealt with discrimination in voting. So, the Court can follow the recommendations of the plaintiff, but Congress can only create legislations from police killing Negro's by using powers enumerated by the Constitution, Marbury v. Madison, 5 U.S. 137 (1803). In creating the mutual combat law(s) the Court has broad authority and of course the Supreme Court's Commerce Clause jurisprudence holdings. There are the earliest days of the nation to the late 19th century, the Court generally moved toward a more expansive interpretation of the Commerce Clause. the New Deal, the Supreme Court, operating in a more laissez-faire social and economic environment, interpreted the scope of the Commerce Clause more narrowly, striking down numerous laws intended to protect the public's health. For example, in A.L.A. Schechter Poultry Corporation v. U.S., the Supreme Court invalidated federal legislation establishing certain labor conditions and regulating the sale of unhealthy chickens. Although the law was aimed at preventing the movement of dangerous foods in interstate commerce, the Court overturned the law, holding that it interfered with labor conditions related to purely intrastate business activities, U.S. Constitution, Art. 1, subsection 8, cl. 3. Also in the United States v. Darby, 312 U.S. 100 (1941), employees engaged in the production of goods for interstate commerce, with increased compensation for overtime, and forbids, under pain of fine and imprisonment; shipment by him in interstate commerce of any goods in the production of which any employee was employed in violation of such provisions, and the failure of the employer to keep such records of his employees and of their wages and hours, as shall be prescribed by administrative regulation or order. The Court held that the Fair Labor Standards Act was within the commerce power and consistent with the Fifth Amendments. Plaintiff is aware, while manufacture is not of itself interstate commerce, the shipment of guns and ammunition are manufactured goods interstate is such commerce, the Court has already stated people are commerce and therefore the plaintiff seeks a prohibition of such shipment by Congress is a regulation of interstate commerce. Such laws are not a forbidden invasion of states powers merely because either its motive is to stop the killing of American Negro's by a city employee or its consequence of defending the Negro race mutual combat against that employee(s) is to restrict the use of articles of commerce within the States of destination to stop killing Negro's, and full mutual combat to preserve the Negro race is valid unless prohibited by

other Constitutional provisions and it clearly is not prohibited to engage  in full mutual combat a city or state employee(s) from killing the plaintiff or killing off the Negro race. The plaintiff seeks full mutual combat to defend the Negro race and the plaintiff's motives and purposes are based on the present lack of regulating a white man who kills for a job function.  To make effective the Congressional conceptions of killing American Negro's is a public health policy and that interstate commerce is the instrument of stopping the apartheid view the white man has of the Negro and to stop the goods which are their guns and ammunition from being  produced to kill the Negro under city(s) substandard labor conditions which is invidious to the commerce clause. Congress, having by the present legislations have adopted the policy health policy of excluding from interstate commerce all goods produced for that commerce which do not conform to the specified labor standards. This Court has the power under the commerce clause and needs to choose the means reasonably adapted within the Commerce Clause to the attainment of the permitted end to stop killing the Negro or create a law(s) that give allow the Negro to engage in full mutual combat because the Commerce Clause allows for intrastate activities that allow the plaintiff and Negro race to engage in full mutual combat city, state, partners or vendors in the preservice of the plaintiff's Negro race. In Wickard v. Filburn, 317 U.S. 111 (1942), the Secretary of Agriculture under the Agricultural Adjustment Act of 1938, the Secretary made a radio address in which he advocated approval of the quotas. The speech mentioned the provisions of the amendment for increase of loans on wheat, but not the fact that it also increased the penalty on excess production, and added that, because of the uncertain world situation. extra acreages of wheat had been deliberately planted, and farmers should not be penalized because they have provided insurance against shortages of food. The Court held, that, even assuming that the penalties referred to in the speech were those prescribed by the Act, the validity of the vote was not thereby affected.   There was no evidence that the subsequent referendum vote approving the quotas was influenced by the speech. Nancy Pelosi speeches make to increase immigration in California based on the democratic party's leaders rebel yell, "there are jobs in American, American's can't do. This DNC rebel yell increased the competition for work for the plaintiff and the Negro race but it bought down wages in the state and increased penalties for those American's who could not find work due to the speeches increasing of illegal immigrants who were then given immunity for arrest. The lack of penalizing the immigrant for violations of federal law and the immunization from all laws under state law; on top of the fact that the defendants offer benefits to the illegal immigrant; as well as, advocating legislations for such benefits and immunities in the halls of  Congress and in the defendants Capital halls and chambers. Providing to illegal immigrants from Mexico and Central America immunities from crimes

both state and federal and offered by city and state employees; Providing to illegal immigrants from Mexico and Central America the plaintiff and the Negro races tax payers dollars offered as benefits in Covid19 testing in 2020; monetary food stamps AB1576 since 1997 and $1400 a month Immigrant Cash Assistance Program AB2779 since 1998; The providing to illegal immigrants from Mexico and Central America public post-secondary nonresident under federal scholarships since 2001; providing to illegal immigrants from Mexico and Central America access to California colleges under federal scholarships and state funded financial aid, AB130 and AB131 since 2011; providing to illegal immigrants from Mexico and Central America Medi-Cal eligibility under legislation ABX1 and SBX1 since 2013, providing to illegal immigrants from Mexico and Central America changing misdemeanor sentencing to a maximum of 364 days; thus, limiting deportation for non-citizens convicted of crimes is legislation SB1310 since 2014; providing to illegal immigrants from Mexico and Central America minimum standards across the state to limit holds in local jails from holding illegal immigrants is legislation AB4 since 2014 since 2013, providing to illegal immigrants from Mexico and Central America state and local law enforcement agencies, including school police and security departments, from investigate, interrogate, detain, detect, or arrest persons in legislation SB4 since 2017; providing to illegal immigrants from Mexico and Central America U.S. Supreme Court representation as advocates for their foreign race of people based on the democratic value of illegal immigrants from Mexico and Central America Congressional and State's representations of legislative laws affecting the plaintiff and Negro race's taxes; providing to illegal immigrants from Mexico and Central America immigration relief program known as Deferred Action for Childhood Arrivals (DACA) legislation since 1999. These legislations are all penalties to the plaintiff and the Negro people as referred to in Nancy Pelosi's speeches prescribed in legislations above and the validity of the defendants voting has thereby affected commerce in California and other states; as well as, commerce between people within the states. The defendants Kevin DeLeon, Nancy Pelosi, Gavin Newsom, Maria Elena Durazo, Eloise Gomez Reyes, Janet Napolitano, Eleni kounalakis, Xavier Becerra, Alex Padilla, Carl Guardino, Patrick Yoes- Fraternal Order of Police, the State of California, Congressional Hispanic Caucus, Patrick Lynch- Police Benevolent Association of the City of New York, latin task force, unidos en salud, CZ Biohub-Facebook, Vern Pierson legislations listed above affected the quote of available workers, it affected the quote of the interactions the legislations mandated for police, which prohibited the state and local law enforcement agencies, including school police and security departments, from investigate, interrogate, detain, detect, or arrest persons of immigration statuses from Mexico and Central America which affected the agriculture unions when the law is applied to that race of people from Mexico

and Central America from 1986 to present 2020. The race of people from Mexico and Central America when the laws applied affected labor, taxes and the health of the plaintiff and the Negro race which affects commerce consumptions based on productions in the farms in California and the production of services throughout the state are within the power of Congress and therefore affecting the commerce clause. The power to regulate interstate commerce includes the power to regulate the prices at which commodities in that commerce are dealt in and practices affecting such prices which affects the factors of such volumes of work available the variability of the skill sets needed for such work based for the viability of keeping one's home, provided for food and effects on the plaintiff's health would have a substantial influence on price of conditions on how much wealth and health of the plaintiff and the Negro race such wheat, with rising prices, may flow into the market and check price increases and, because, though never marketed. Defendants Kevin DeLeon, Nancy Pelosi, Gavin Newsom, Maria Elena Durazo, Eloise Gomez Reyes, Janet Napolitano, Eleni Kounalakis, Xavier Becerra, Alex Padilla, Carl Guardino, Patrick Yoes- Fraternal Order of Police, , Congressional Hispanic Caucus, Patrick Lynch- Police Benevolent Association of the City of New York, latin task force, Unidos en salud, CZ Biohub, Vern Pierson legislations provides state-funded food stamp benefits, provided cash assistance for immigrants, prohibits state and city police from enforcing the laws equally within the state based workers (immigrants) traveling to the state, limiting holds from immigration reasons based on those traveling within states borders, expanding Medi-Cal to illegal immigrants who traveled between the states, changing misdemeanor sentencing laws for those who traveled to this state from other states and prohibiting state and local law enforcement agencies from  investigate, interrogate, detect, or arrest persons for immigration enforcement violate as a retroactive legislations repugnant to the Fifth Amendment which creates a number of rights relevant to both criminal and civil legal proceedings. In criminal cases, the Fifth Amendment guarantees the right to a grand jury, forbids "double jeopardy," and protects against self-incrimination. The Court must hold, there is evidence that the defendants rebel yell, "there are jobs in America, American's won't do" was  Pelosi's approved quotas system and the legislations are a byproduct of those speeches effecting the interstate and international commerce's and thereby violating the commerce clause and commerce between the states and commerce between people of the states, the defendants quotas system affected work, prices and wages for the plaintiff and the Negro race. The plaintiff is aware Congress has the power to regulate purely local activities that are part of an economic known as "class of activities" that have a substantial effects on interstate commerce which has been firmly established by the Courts, Perez v. United States. The Court must decide that the total incidence of a practices pose threats to a

national market come to the conclusion that Congress can regulate purely intrastate activity that is not itself commercial.

Plaintiff is aware the powers to investigate legislative members and to do so through compulsory process which plainly falls within the legitimate legislative sphere. Eastland v. United States Servicemen's Fund, 421 U.S. 491, 504 (1975) and United States v. McDade, 28 F.3d 283, 304 (3rd Cir. 1994. In Brown & Williamson Tobacco Corp. Plaintiff ask the Court to hold, legislative immunity does not insulate the defendants DeLeon, Pelosi, Newsom, Jon Jacob, Pierson, Durazo, Gomez, Reyes, Napolitano, Kunalakis, Becerra, Padilla, Yoes, Lynch, Pierson, latino task force, Unids En Salud, C Z Biohub, Guardino, Trustees of the State College System of California from a good faith colorable claim by the governor's, but his office can conduct impeachment investigation because he's one of the defendants, Office of the Governor v. Select Comm. of Inquiry, 271 Conn. 540, 858A.2d 709 (2004). Also, in Miller, 709 F.2d at 530. See Jewish War Veterans of the U.S. of Am., Inc. v. Gates, 506 F.Supp.2d 30, 57 (D.D.C.2007) the Court held, obtaining information pertinent to potential legislation or investigation is a legitimate legislative activity. Plaintiff asks the Court to hold, the defendants' legislative acts also include distributing published reports for legislative purposes to Members of Congress, congressional committees, and institutional or individual legislative functionaries, Doe v. McMillan, 412 U.S. 306, 312 (1975). Also in Green v. DeCamp, 612 F.2d 368 (8th Cir. 1980), the Court held that releasing the official report of committee hearings to news reporting and publishing agencies; and in, Gregg v. Barrett, 594 F. Supp. 108 (D.D.C. 1984) the Court held that even when the material contains revisions and extensions of the remarks actually made on the floor can be used in the investigation of impeachment of the defendants currently in office.

The defendant's in their committees and positions used their legislative positions in making "political" statements undermining the plaintiff's constitutional rights. Legislative immunity will not protect them from the disclosure by a state senator documents showing all allocations of money paid or made to illegal immigrants under administrative actions be it by voting in legislative hearings or in the budget process and an legislative action. Manzi v. DiCarlo, 982 F. Supp. 125 (E.D.N.Y. 1997). On its face SB1310 and SB54 are discriminatory against the Negro in the ability to procreate; sterilization laws are a violation of due process of laws and of the constitutional guarantee of equal laws. The Court must apply strict scrutiny here. the Court held that legislative immunity covers all aspects of the legislative process, it would not protect the Council members from a charge, if asserted here, that they administratively fired, or conspired to administratively fire, any Plaintiff

prior to the date on which his or her position was effectively abolished pursuant to the legislative resolutions. They remand the case for the District Court to determine, based on the operative complaint or upon further amendment, whether any of the Plaintiffs have alleged or could allege such a claim. Here in SB54 and SB1310 had prior knowledge laws were going into effect that were going to alter a race heritage in the United States, which allowed for the illegal immigrant race to be "administratively" immune from legislative criminal process. See Hill v. City of New York, 45 F.3d 653, 657 (2d Cir.1995).  According to the amended complaint, Plaintiffs were all longtime employees for the City until they were terminated in 2004. Here in the case before the Court, the defendants had committed monies in the stat budget and was advocating for them in the hall of Congress prior to SB54, SB1310 went into law. The plaintiff asks the Court when the time comes to consider a motion to dismiss 28 U.S.C. subsection 1291. The Court consider under the collateral doctrine, an order denying a motion to dismiss a complaint against these defendants above are immediately reviewable to the extent that the denial has turned into an issue of law, Locurto v. Safir, 264 F.3d 154, 164 (2d Cir.2001). In Baker v. Carr (1962), a suit in a Federal District Court in Tennessee under 42 U.S.C. 1983, on behalf of themselves and others similarly situated, to redress the alleged deprivation of their federal constitutional rights by legislation classifying voters with respect to representation in the General Assembly. The Court held, (1.) The District Court had jurisdiction of the subject matter of the federal constitutional claim asserted in the complaints. (2.) Appellants had standing to maintain this suit. (3.) The complaint's allegations of a denial of equal protection presented a justiciable constitutional cause of action upon which appellants are entitled to a trial and a decision. The Court also held "Jurisdiction 369 U.S. 186, 199 of the Subject Matter", the only matter set forth in the complaint does arise under the Constitution and is within 28 U.S.C 1343. In United States v. Alvarez RGK, (2010). The issue in this case was Defendant-Appellant Xavier Alvarez conditionally pleaded guilty to one count of falsely verbally claiming to have received the Congressional Medal of Honor, in violation of the Stolen Valor Act (the Act), 18 U.S.C. § 704(b), (c), reserving his right to appeal the Act's constitutionality. The Act therefore concerns the Court because of its potential for setting a precedent whereby the government may proscribe speech solely because it is a lie. Like the case at Barr, SB54 section 3. 7284.2 (a) Immigrants are valuable and essential … here the plaintiff cannot nor should the Court adapt to law as broad ad the defendants and advocate for a foreign national based on race without trampling on the fundamental rights of all California American citizens right of

freedom of speech. The defendants are of illegal immigrant heritage and created laws for the acceptance of a foreign national dominance in the workplace, enjoyment of life free from segregation because the defendants law prohibit all deception in all circumstances that the illegal immigrant has notably superior rights than American citizens and to the rights of personal and political self-rule. The Court must hold, that regulations in SB54 are of false factual speech must, like other content-based speech restrictions, be subjected to strict scrutiny unless the statute is narrowly crafted to target the type of false factual speech previously held prescriptible because it is not protected by the First Amendment.

The Court's holding should also point out that Kilbourn v. Thompson, 103 U.S. 168, 377, held legislative immunity to have some limits. There are past cases where the legislator's conduct so far exceeds the bounds of legislative power that they were held personally liable in a suit brought under the Civil Rights Act. The plaintiff substantially agrees with prior Court's reasoning and its conclusions. The plaintiff asks the Court the questions regarding the defendants above "political" Acts and creating segregated laws. Justice Oliver Wendell Holmes, questions whether words used in circumstances are clear and present danger. Defendants Pelosi's "there are jobs in America, American's don't won't o do the meaning and scope of the words meet the "clear and present danger" tests. Whether the defendants words used are used in such circumstances and are of such a nature as to create a clear and present danger that they will bring about the substantive evils that Congress has a right to prevent and so does this Court in its holdings of defendants legislatives evils and the question is of proximity and degree. In Schenck, Justice Holmes clearly distinguished the clear and present danger test from the bad tendency test which was predominant in English common law and would be articulated in Gitlow v. New York (1925). Defendants Pelosi's "there are jobs in America, American's don't won't o do" under Section 2-201(2) in cases that do not concern goods, it was held that a written offer that is orally accepted does constitute a sufficient memorandum of the contract provided the offeror is the party to be charged. Benya v. Stevens and Thompson Paper Co., Inc. 143 Vt. 521, 468 A.2d 929 (1983). The issue, whether the plaintiff is estopped from relying upon the statue of frauds Civil Code subsection 1624; Code Civ. Proc. Subsection 1973 to defeat the enforcement of Nancy Pelosi's oral contract? The Court must say no because the doctrine of estoppel to asset the statute of frauds has been consistently applied by the courts to prevent fraud that would result from refusal to enforce oral contracts in certain circumstances. Nancy Pelosi's fraud has unconscionably injured the plaintiff and the Negro race by denying enforcement of the after the plaintiff and the Negro race have been induced by the other seriously

to charge his position in reliance on the contract or in the unjust enrichment that would result if refugees illegally in the U.S. received the benefits the others' performances were allowed to rely upon the statute. Thus, only the refugees in the U.S. illegally from Mexico and Central America's position have changed as it relies on the defendant's statues and in that poison, their reliance is upon the taxes of the Negro whose performance benefits Nancy Pelosi's contract and the Negro suffers an unjust injury, while the refugees in the U.S. illegally reap the benefits.

Every citizen has as good a right to be protected by the laws from malignant scandal and false charges as a member of Congress has to utter them in his seat. In the first important decision in an immunity case by an American court, the Massachusetts Supreme Court declared in 1808 that legislative immunity was designed not to protect the members against prosecution for their own benefit, but to support the rights of the people by making it possible for representatives to carry on their functions without the interruption of arrest or harassment of threats of damage suits. The United States Supreme Court echoed this dictum in a 1951 opinion written by Justice Frankfurter, which stated that the immunity privilege must be preserved not for "private indulgence but for the public good". The issue in this claim is with the possible extension of speech or debate immunity to legislative actions which could simultaneously be held illegitimate or unconstitutional.

In the Tenney majority it was held that the Tenney committee members were protected because the committee's inquiry could fairly be deemed within its province. However, Justice Harlen's, majority of the Court in the Johnson case regarding the Speech and Debate Clause, which the Supreme Court has narrowed this traditional breadth of interpretation, by which legislative immunity is defined. Legislative immunity has been limited by the courts to the precise terms of the constitutional provisions to the Speech and Debate of a legislator. Speech and Debate Clause cases have left the doctrine diminished in scope as to protect any legislative activities; the restrictive definition of what is encompassed by the Speech or Debate of a legislator. Justice Black further clarifies this in his opinion on immunity in Kilbourn-Coffin rationale for legislative immunity which added little in the way of new law to legislative immunity. It held, the investigation there to be outside the "jurisdiction" of the House of Representatives because it was of judicial nature and yet exempted the Congressmen from liability for their actions which were related to that same investigation. With the plaintiff's complaints in site to the immunity doctrine coming from Lilbourn to Dombrowski then through Tenney and Jonson I can see why it took so long for the Court's to determine the scope of legislative immunity under the Speech and Debate Clause and the persons

to whom that immunity applies to "to things generally done in a session of the House by one of its members in relation to the business before it".

In Powell v McCormack, the Court noted the parties' respective positions and found support in four prior decisions of Jonson, Dombrowski, Tenney and Kilbourn and of them the Court concluded, "We find it necessary to treat only the last of these issues ... whether those respondents who are merely employees of the House may plead the bar of the clause. This Court's supported decision is what I am basing this present claim on. Legislative immunity does not bar all legislative acts which was settled in Maybury v Madison137 and expressly in Kilbourn v Thompson. The Court interpreted the reach of the Speech or Debate Clause, holding that the Speech or Debate Clause barred Kilbourn's action for false imprisonment. The Court further articulated Dombrowski v. Eastland the doctrine that, although an action against a Congressman may be barred by the Speech and Debate Clause, legislative employees who participate in the unconstitutional activity are responsible for their acts. The former Senator Daniel Brewster was indicted in 1969; in that case Justice Burger held a number of the activities engaged in by Members is discharging the functions of their offices, while "entirely legitimate activities," were characterized by the Court as 'Political in nature rather than legislative performed for constituents making of appointments to governmental agencies, government contracts. The majority of the Court concluded none of these activities, "have the protection afforded by the Speech or Debate Clause." The Court drew a distinction between the performance of a legislative act such as voting and entering into an agreement to perform legislative acts. With this distinction, an inquiry into an agreement to perform a legislative act would not violate the protection afforded legislators under the Speech or Debate Clause. Justices White, Douglas and Brennan dissented, refusing to make the distinction between the legislative act of voting and the promise to be influenced in voting...but they expressed alarm at the potential for abuse they do not advocate wholesale immunity for legislators. Court interpretations of Brewster, Gravel and McMillan cases have characterized official duties of a member of congress as either "legislative or political" and have designated of those duties conceded to be "legislative" in nature. If the Court decides that an act is "legislative" no court has jurisdiction conversely, if an activity is "political" it could be a subject of executive or judicial inquiry. These legislative activities must take place have taken place "in the chamber or in committee", that is the Halls of Congress. However, if a hearing is held in a town meeting hall hundreds of miles from the Capital or a speech is made before a group of citizens by a Senator in his home state or by a Representative in his congressional district, the "legislative" act under the Courts definition, becomes "political" act for which there is no immunity. Gathering of material is not a legislative act, the SB54 before it was drafted needed

to have hearing, facts assembled on that subject matter of the legislation.  But not only is gathering information not itself a legislative act., neither is informing constituents and the general public about contemplating or completed legislative actions by Congress.  I concede the Court's holding in these cases above and regarding my complaint/claims are not authorized by a rule of law premised upon legal concepts, but on legal fiction. The defendant's Kevin DeLeon, Nancy Pelosi, Gavin Newsom, Maria Elena Durazo, Eloise Gomez Reyes, Janet Napolitano, Eleni Kounalakis, Xavier Becerra, Alex Padilla, Carl Guardino, Patrick Yoes- Fraternal Order of Police, , Congressional Hispanic Caucus, Patrick Lynch-Police Benevolent Association of the City of New York, latin task force, Unidos en salud, CZ Biohu

b, Vern Pierson representation has been described as the chain of communication between the illegal immigrants from Mexico and Central America are those whom they have committed the exercise of the power of government. It is the Congress that is the critical link in that chain to assure its House is in order and expel Senator Pelosi and Rebuke Senator DeLeon for treason, tax fraud, being un-American if there is such a law.

The defendants, legislating for the illegal immigrants from Mexico and Central America have created legislation for foreign private interference with the plaintiff's Fourteenth Amendment Rights. Section one of the Fourteenth Amendment prohibit only discrimination by the state. The plaintiff power to prohibit the defendants from further implementing segregated laws are Title II of the 1964 Act (public accommodations), Title VII of the 1964 Act (employment) and Title VIII of the 1968 Act (housing). With these powers also gives the Court enforcement to stop and prohibit further private discrimination by the defendants and their political subdivision as stated in SB54-7282.

The defendants holding press conferences Maria Elena Durazo, Eloise Gomez Reyes, Gavin Newson, Nancy Polisie, Tony Atkins, Erika Contreras, Connie Leyva, Shannon Grove and Eleni Kounalakis and pledging aid to the immigrants in Californian illegally while preparing for congressional hearings, providing medicare and medicade, social security, changing the state tax code so the illegal immigrant can get a tax refund dating back to 1995, illegally funneling federal tax dollars to the UC College system for illegal children, creating the DACA program and SB54 clearly has  stopped the flow of information to the Congress from the California Negro citizen and the Plaintiff Cornelius Lopes in the districts he's lives in and has votes those he has elected to serve me . In these instances, the chain of communication is broken, and my representation by the defendants was and is denied. "The Congress shall have Power . . .  To make all Laws which shall be necessary and proper for carrying into Execution the following Powers . . .Article I, section 8, U.S. Constitution". The plaintiff can argue with the Court

Congressional power over plaintiff's jurisdiction ultimately is a source of strength rather than weakness for the Supreme Court, AB130 & AB131...DACA is dead, there is no legal arguments the defendants have for AB1576, AB2779, Public Post-Secondary non-resident tuition, AB130, AB131, SB1236, AB4, SBX1, ABX1, AB263, AB1024, SB1310, SB477, SB141, SB1159, AB2792, SB54 and AB1593. Justice Black, concurring, the Court's holds that the civil rights statutes were not intended to make legislators personally liable for damages to a witness injured by a committee exercising legislative power. This result is reached by reference to the long-standing and narrow tradition that legislators are immune from legal responsibility for their intra-legislative statements and activities. The Court's opinion also points out that Kilbourn v. Thompson, 103 U.S. 168 , held legislative immunity to have some limits. The Courts suggested decision indicates that there is a point at which a legislator's conduct so far exceeds the bounds of legislative power that he may be held personally liable in a suit brought under the Civil Rights Act. In this connection it is not out of place to observe that the suggested holdings by the plaintiff the legislations were written so broadly drawn that gives no doubts as to whether the defendants DeLeon, Pelosi, Newsom, Jon Jacob, Pierson, Durazo, Gomez, Reyes, Napolitano, Kunalakis, Becerra, Padilla, Yoes, Lynch, Pierson, latino task force, Unids En Salud, C Z Biohub, Guardino, Trustees of the State College System of California can constitutionally exercise all the powers purportedly bestowed on them.  In part, the legislations directs the defendants to ascertain all facts relating to the activities of persons and groups known or suspected to be dominated or controlled is a foreign power, and who owe allegiance thereto because of religious, racial, political, ideological, philosophical, or other ties, including but not limited to the influence upon all such persons and groups of education, economic circumstances, social positions, fraternal and casual associations, living standards, race, religion, political, ancestry and the activities of paid provocation,  Cal. Senate Resolution 75, June 20, 1947. Kilbourn v. Thompson, 103 U.S. 168, held legislative immunity to have some limits. Plaintiff ask the Court to hold, legislative immunity does not insulate the defendants DeLeon, Pelosi, Newsom, Jon Jacob, Pierson, Durazo, Gomez, Reyes, Napolitano, Kunalakis, Becerra, Padilla, Yoes, Lynch, Pierson, latino task force, Unids En Salud, C Z Biohub, Guardino, Trustees of the State College System of California from a good faith colorable claim by the governor's, but his office can conduct impeachment investigation because he's one of the defendants, Office of the Governor v. Select Comm. of Inquiry, 271 Conn. 540, 858A.2d 709 (2004). Also, in Miller, 709 F.2d at 530. See Jewish War Veterans of the U.S. of Am., Inc. v. Gates, 506 F.Supp.2d 30, 57 (D.D.C.2007) the Court held, obtaining information pertinent to potential legislation or investigation is a legitimate legislative activity. Plaintiff asks the Court to hold, the defendants' legislative acts also include distributing

published reports for legislative purposes to Members of Congress, congressional committees, and institutional or individual legislative functionaries, Doe v. McMillan, 412 U.S. 306, 312 (1975). Also in Green v. DeCamp, 612 F.2d 368 (8th Cir. 1980), the Court held that releasing the official report of committee hearings to news reporting and publishing agencies; and in, Gregg v. Barrett, 594 F. Supp. 108 (D.D.C. 1984) the Court held that even when the material contains revisions and extensions of the remarks actually made on the floor can be used in the investigation of impeachment of the defendants currently in office.

## Analysis:

On November 24, 1941, the Supreme Court ruled: section 2615 was unconstitutional. All nine justices concurred, though for different reasons. Justice James Byrnes formerly a U.S. senator and later to become President Harry Truman's secretary of state wrote for the five-member majority. He opined that California's statute violated the commerce clause: The grave and perplexing social and economic dislocation which this statute reflects is a matter of common knowledge and concern. We are not unmindful of it. We appreciate that the spectacle of large segments of our population constantly on the move has given rise to urgent demands upon the ingenuity of government. The State asserts that the huge influx of migrants into California in recent years has resulted in problems of health, morals, and especially finance, the proportions of which are staggering. It is not for us to say that this is not true.

In the words of Mr. Justice Cardozo: "The Constitution was framed upon the theory that the peoples of the several States must sink or swim together, and that in the long run prosperity and salvation are in union and not division. It is difficult to conceive of a statute more squarely in conflict with this theory than the Section challenged here. Its express purpose and inevitable effect is to prohibit the transportation of indigent persons across the California border. The burden upon interstate commerce is intended and immediate; it is the plain and sole function of the statute. We think this statute must fail under any known test of the validity of State interference with interstate commerce.

Justice Byrnes then added:It is urged, however, that the concept which underlies § 2615 enjoys a firm basis in English and American history.. .. We do, however, suggest that the theory of the Elizabethan poor laws no longer fits the facts. Recent years, and particularly the past decade, have been marked by a growing recognition

that in an industrial society the task of providing assistance to the needy has ceased to be local in character.

While the majority limited itself to the Commerce Clause, the opinion contained two important concepts, which we all may take for granted now but which were somewhat modern in 1941:

■ First, the nation is becoming more mobile. In particular, one's birthplace is no longer one's destiny.

■ Second, the Great Depression is being recognized as a national event, with national causes and a need for national solutions.

real crux of this case. Does "indigence" as defined by the application of the California statute constitute a basis for restricting the freedom of a citizen, as crime or contagion warrants its restriction? We should say now, and in no uncertain terms, that a man's mere property status, without more, cannot be used by a state to test, qualify, or limit his rights as a citizen of the United States. "Indigence" in itself is neither a source of rights nor a basis for denying them. The mere state of being without funds is a neutral fact — constitutionally an irrelevance, like race, creed, or color. . . .Any measure which would divide our citizenry on the basis of property into one class free to move from state to state and an-other class that is poverty-bound to the place where it has suffered misfortune is not only at war with the habit and custom by which our country has expanded, but is also a short-sighted blow at the security of property itself. Property can have no more dangerous, even if unwitting, enemy than one who would make its possession a pretext for unequal or exclusive civil rights. . . .

I think California had no right to make the condition of Dun-can's purse, with no evidence of violation by him of any law or social policy which caused it, the basis of excluding him or of punishing one who extended him aid.

California went from trying to keep people out to trying to lure people in, from having a labor surplus to having an acute labor shortage. With higher employment and wages, Californians' per capita personal income doubled between 1940 and 1945, and California's total personal income tripled during those same years. (As a parenthetical, in 1942, California farmers' inability to obtain cheap labor led to the infamous — and, on occasion, inhumane — Bracero program, where up to 60,000 euphemistically termed foreign "guest workers" were brought in, mostly from Mexico. During the War years, over 300,000 of these braceros

worked in California and elsewhere in the U.S., all under tight controls. End of parenthetical.)Bottom line: even if the Edwards case had been decided the other way — if the Supreme Court had ruled that California could enforce section 2615 to keep out indigent migrants — California would not have used this enforcement power. Section 2615, regardless of its enforceability, would have been a dead letter. Why? Because the state's economic needs would have trumped its legal authority. For example, in 1966 in United States v. Guest,13 the United States Su-preme Court reviewed a federal statute which made it a crime to interfere with a citizen's "enjoyment of any right or privilege secured to him by the Constitution . . . ."14 Several private individuals — apparently including Klansmen — were indicted for, among other activities, interfering with African Americans' right to travel on public streets and highways. In up-holding the indictment, the Supreme Court held that the right to interstate travel  is  a privilege guaranteed by the Fourteenth Amendment; the  primary authority for that guarantee is Justice's Douglas's concurring opinion in Edwards v. California. Justice Douglas's 1941 concurrence thus became the law of the land in 1966.Also in 1966, the Supreme Court struck down Virginia's poll tax in Harper v. Virginia Board of Elections.15 Wait, wait, wait, what does a poll tax have  to  do with Edwards v. California's right to interstate travel? Ah,  listen to what the Supreme Court ruled in the Virginia poll tax case: The  Equal  Protection Clause demands no less than substantially equal state legislative representation for all citizens, of all places as well as of all races. . . .We say  the  same  whether the citizen, otherwise qualified to vote, has $1.50 in his pocket or nothing at all, pays the fee or fails to pay it. The principle that denies the State the right to dilute a citizen's vote on account of his economic status or other such fac-tors by analogy bars a system which excludes those unable to pay a fee to vote or who fail to pay.. . . . Wealth, like race, creed, or color, is not germane to one's ability  to participate intelligently in the electoral process. Lines  drawn on the basis of wealth or property, like those of race . . . , are traditionally disfavored.16What authority did the Supreme Court cite? "See Edwards v. California, 314 U.S. 160, 184–185 (Jackson, J., concurring). "Think about the ironies here. Edwards v. California dealt with a stat-ute aimed at keeping out migrants overwhelmingly white as it happened but it is cited as precedent to enfranchise African-American voters. Edwards involved a statute intended to keep out migrants from the 14 Id. at 747 (reviewing 18 U.S.C. 241 (1964 ed.)).15 383 U.S. 663.16 Id. at 668.

Southwest, including from the old Confederacy, and now it is used within the old Confederacy. Most of all, look at how Justice Jackson's one-man concurrence about economic class resonated twenty-five years after it was written and a dozen years after the justice's death. Other Civil Rights–era cases also cited Edwards. In 1969's Shapiro v. Thompson,17 the U.S. Supreme Court struck down states' one-year residency requirements for welfare eligibility, holding that such requirements violated the rights of persons — including indigents to interstate travel. Edwards was cited as authority for this travel right. Three years later, in Papachristu v. City of Jacksonville,18 the Supreme Court struck down state and local anti-vagrancy laws, again finding that the laws violated the right to travel as established by Edwards. In sum, Edwards v. California established a constitutional right to travel and cast at least a little doubt on laws penalizing indigence. Edwards's authority here, while not cited in 1941 or in 1951 or even in 1961, became an important principle as the United States finally began to protect civil rights. I doubt whether any of the Edwards parties, lawyers, or justices could have predicted these consequences. In tossing a pebble into a pond, you never know when and where ripples will appear. Edwards has a third and final ironic ending. I mentioned that, in 1941, California's attorney general, on re-argument, urged the Supreme Court to uphold section 2615. As you now know, the Court disagreed, unanimously invalidating the statute. As you also now know, the Supreme Court, a quarter of a century later, cited section 2615's unconstitutionality in some of its landmark civil rights cases. The irony is that the California attorney general who urged section 2615's validity and the chief justice of the United States Supreme Court who cited section 2615's invalidity, these two oppo-site fellows the attorney general and the chief justice were one and the same: Earl Warren.

SB129 Gavin Newson 2021-22 state budget agreement on its face as enforces and applied to the plaintiff and the American Negro, to be unconstitutional and to deprive the plaintiff and the American Negro of due process of law denying them freedom of speech, press, movement, citizen-residence, and by punishing plaintiff and the American Negro for voting for Proposition 187 in 1994 which is the exercise of the latter's constitutional rights and privileges.

California Constitution SR84 Senator DeLeon and Atkins The federal Deferred Action for Childhood Arrivals (DACA) program, enacted by President Obama in 2012, has allowed over 230,000 undocumented residents of California who entered the country as minors to apply to receive legal work permits. An individual must have been brought to the United States before his or her 16th birthday, must not

have been convicted of a felony, significant misdemeanor, or three other misdemeanors, or otherwise be determined to pose a threat to national security, and must meet other requirements; and for illegal immigrants not to be arrested the defendants authored or supported SB 1310 which changes misdemeanor sentencing to a maximum of 364 days which is only for illegal immigrants convicted of crimes; AB4 limits local jails from holding immigrants set a minimum standard across state to limit holds; California Dream Act/Student Financial Aid (AB 131) Senate Bill 68. The convictions of the plaintiff and American Negro on any charge the illegal immigrants will not be charged as it affects their immigration status on its face and enforcement of SR84 as it a budget for the illegal immigrant and not the American people in affirming judgement of convictions because the statute under which plaintiff and the American Negro are convicted are not immunity laws as they are applied and enforced by the defendants only to and for illegal immigrants which abridges the privileges or immunities of the citizens of the United States in violation of Section 1 of Amendment XIV, and Article IV, Section 2, of he United States Constitution, in that, by making the illegal immigrants actions non-criminal which is not arrestable or detainable to bring or assist in committing a crime or accused of that crime in the State of California who is not an illegal immigrant, it limited, abridges or denies the right or privilege of unhindered movement from one place to another.

California's AB2792 and illegal immigrants immunity from detaining on the basis of immigration status thereunder constitutes a denial of the plaintiff and American Negro of due process and of equal protection of the laws in violation of Section 1 of Amendment XIV of the United States Constitution, in that under the stature in question on who is not an illegal immigrant or associates two or more people is guilty of a laws while neither under said statute is prohibited of a law enforcement official to question one who they suspect has committed a federal crime in California as they entered California illegally which is a crime.

AB540 Deferred Action for Childhood Arrivals (DACA) program passed in 2001 in addition, the state passed AB 130 and AB 131 in 2011, which allows state and institutional financial aid to be given to students eligible under AB 540 approximately quarter of a million Californians covered by DACA. waives the nonresident portion of tuition for undocumented childhood arrivals as long as they meet certain criteria, including spending three or more years in California K–12 schools, graduating from a California high school. California has made its own efforts to ensure that these young people are able to take advantage of educational opportunities. A suite of legislation collectively known as California's Dream Act

part of the pandemic-related CARES Act to reach undocumented community college students.

California is home to approximately 183,000 DACA recipients the total shifts monthly as the two-year status expires and some recipients renew it. About 105,000 recipients are currently employed. An estimated 40,000 are students at a California Community College, California State University, or University of California campus. This is important because having a high school diploma or being enrolled in school is a stipulation of the program because educating illegal immigrants is unconstitutional. Furthermore, California will need more college graduates in its workforce in the coming years, and DACA recipients who complete a college degree will help to enlarge the state's pool of highly educated workers nation's nearly 650,000 DACA recipients; this program that President Obama put in place in 2012.

H.R. 4502 appropriations has a special admissions program denied him and American citizens equal protection of laws under the Fourteenth Amendment of the Constitution. Is the California Community Colleges, California State Universities, and University of California campuses.

Thomas J. Ridge, Secretary of Homeland Security FEMA's Homeland Security Grant Program umbrella; since 2003, the Federal Emergency Management Agency (FEMA) has administered the Urban Area Security Initiative (UASI) grant program. The program requires regional governance and collaboration to promote public health and safety as a condition of funding,

Thomas J. Ridge, Secretary of Homeland Security authorizes in August 2004 authorized the Department of Homeland Security to place in expedited removal proceedings any or all members of the following class of aliens: Aliens determined to be inadmissible under sections 212(a)(6)(C) or (7) of the immigration and Nationality Act who are present in the U.S. without having been admitted or paroled following inspection by an immigration officer at a designated port-of-entry, who are encountered by an immigration officer within 100 air miles of the U.S. international land border, and who have not established to the satisfaction of an immigration officer that they have been physically present in the U.S. continuously for the fourteen-day (14-day) period immediately prior to the date of encounter. DHS believes that exercising its statutory authority to place these individuals in expedited removal proceedings will enhance national security and public safety by facilitating prompt immigration determinations, enabling DHS to

deal more effectively with the large volume of persons seeking illegal entry, and ensure removal from the country of those not granted relief, while at the same time protecting the rights of the individuals affected.

It was Jeffrey Shuren, Assistant Commissioner for Policy,[FR Doc. 04–18360] under the Department of Homeland Security issued the "Bureau of Customs and Border Protection Designated Aliens For Expedited Removal for the Bureau of Customs and Border Protection, DHS memorandum.  Which authorized the Department of Homeland Security to place in expedited removal proceedings any or all members of the following class of aliens: Aliens determined to be inadmissible under sections 212(a)(6)(C) or (7) of the immigration and Nationality Act.

Here your Honor at the case at bar, Nancy Pelosi is in violation of (IIRIRA)  and HR928 American Family Act of 2021  is unconstitutional in  the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA) Section 302 of, Public Law 104–208, Div. C, 110 Stat. 3009–546, amended section 235(b) of the Immigration and Nationality Act (''Act''), 8 U.S.C. 1225(b), authorizes the the Secretary of Homeland Security as designated under the Homeland Security Act of 2002 to remove, without a hearing before an immigration judge, illegal immigrants from Mexico, Asian and Central American  who have arrived in the U.S. and who are inadmissible under sections 212(a)(6)(C) or 212(a)(7) of the Act, 8 U.S.C. 1182(a)(6)(C) and 1182(a)(7). Under section 235(b)(1) of the Act, 8 U.S.C. 1225(b)(1), the Mexican guy from Homeland Security must expedite the removal proceedings as applied to two categories of illegal immigrants from Mexico, Asian and Central American. First, section 235(b)(1)(A)(i) of the Act, 8 U.S.C. 1225(b)(1)(A)(i), permits the Mexican guy from Homeland Security  to expedite the removal proceedings for illegals who are ''arriving in the United States and according to a Trusted News Source has reported 2 million Mexican



Boarder encounters in 2021  and 178,840 in December  this all California's Nancy Pelosi was having meeting with Congress to bring it to the Senate so "joe" Crow can become law. If the Court recall "joe" Crow Build Back Better was supposed to go into effect during the US invasion of for than two million Mexican and Central American mostly young men , which is  a perfect example of the defendants' coups d'état, these are Army numbers which mirrors  Russia on Thursday criticized proposals that broadly rejected its demands that the alliance close the door to Ukraine's potential NATO membership and roll

back forces from former Soviet states. Providing the first details on as many as 8,500 U.S.-based troops that are being put on heightened alert for possible deployment to eastern Europe, Kirby said they include elements of the 82nd Airborne Division at Fort Bragg, North Carolina; the 18th Airborne Corps at Fort Bragg and at Fort Campbell, Kentucky; the 101st Airborne at Fort Campbell; and the 4th Infantry at Fort Carson, Colorado, among others. Under the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA) ''arriving aliens'' are defined by regulation to mean ''an applicant for admission coming or attempting to come into the United States at a port-of-entry, or an alien seeking transit through the United States at a port-of-entry, or an alien interdicted in international waters and brought into the United States by any means whether or not to a designated port-of-entry.'' (8 CFR 1.1(q)). Cuban citizens who arrive at U.S. ports-of-entry by aircraft are exempted from this first category of aliens subject to expedited removal under section 235(b)(1)(F) of the Act, 8 U.S.C. 1225(b)(1)(F). Second, section 235(b)(1)(A)(iii) of the Act, 8 U.S.C. 1225(b)(1)(A)(iii), permits the Attorney General (now the Secretary of Homeland Security), in his or her sole and unreviewable discretion, to designate certain other aliens to whom the expedited removal provisions may be applied. Section 235(b)(1)(A)(iii), 8 U.S.C. 1225(b)(1)(A)(iii), authorizes the Secretary to apply (by designation) expedited removal proceedings to aliens who arrive in, attempt to enter, or have entered the U.S. without having been admitted or paroled following inspection by an immigration officer at a designated port-of-entry, and who have not established to the satisfaction of the immigration officer that they have been physically present in the U.S. continuously for the two-year period immediately prior to the date of determination of inadmissibility. By statute, an alien present in the U.S. who has not been admitted shall be deemed for purposes of the Act to be an applicant for admission. 8 U.S.C. 1225(a), section 235(a)(1) of the Act. Once alienage has been established, an alien applicant for admission has the burden of establishing that he or she is clearly and beyond doubt entitled to be admitted and is not inadmissible under section 212 of this Act. Aliens who have not been admitted or paroled and who are subject to expedited removal under this designation have the burden of proof to show affirmatively that they are not inadmissible and have maintained the required continuous physical presence in the U.S. Any absence from the U.S. shall serve to break the period of continuous physical presence. 8 CFR 235.3(b)(1)(ii). Pursuant to 8 CFR 235.3(b)(1)(ii) (62 FR 10312, 10355, March 6, 1997), the Attorney General provided that her designation authority would be exercised by the Commissioner of the former Immigration and

Naturalization Service (INS). Pursuant to sections 102(a), 441, 1512(d) and 1517 of the Homeland Security Act of 2002, Public Law 107–296, 116 Stat. 2310, 6 U.S.C. 112, 251, 552(d), 557, and 8 CFR 2.1, the authority of the Attorney General and the Commissioner of the INS in accordance with 8 U.S.C. 235(b)(1)(A)(iii) and 8 CFR 235.3(b)(1)(ii), respectively, was transferred to the Secretary of Homeland Security, and references to the Attorney General or the Commissioner in the statute and regulations are deemed to refer to the Secretary.



**Secretary Antony Blinken** ✅ @SecBlinken
United States government official

Nothing about Ukraine without Ukraine.

🔁 **Dmytro Kuleba** ✅ @DmytroKuleba
We had seen the written response of the U.S. before it was handed over to Russia. No objections on the Ukrainian side. Important that the U.S. remains in close contact with Ukraine before and after all contacts with Russia. No decisions on Ukraine without Ukraine. Golden rule.

Regional Collaboration Among Urban Area Security Initiative Regions. Regional collaboration has been identified as a potential facilitator of public health preparedness efforts. The Urban Area Security Initiative (UASI) grant program, administered by the Federal Emergency Management Agency (FEMA) since 2003, has provided 64 high-risk metropolitan areas funding to enhance their regional preparedness capabilities. In 2004, the Government Accountability Office (GAO) requires regional collaboration Effective Regional Coordination Can Enhance Emergency Preparedness; for example, by promoting resource sharing and reducing duplicative efforts. Here this became effective in 2004 at regional collaboration could be enhanced by the development of a comprehensive strategic plan with measurable goals and objectives. The  regional organization with interdisciplinary representation; and flexibility in membership requirements, collaboration processes by the (GAO) outlined the federal government could support these efforts through grant programs and associated requirements. In 2007, the Department of Homeland Security (DHS) identified "Increasing Regional Collaboration" as the first of its 10 homeland security priorities.

Collaboration infrastructure, as well as regional collaboration–related activities and assessment methods, in FFY2010 UASI regions. Engaging in collaborative activities and investments to build capabilities, with most collaboration occurring in the prevention, protection, and response mission areas. Urban areas that received a FFY2010 UASI grant award are engaging in collaborative activities and have established interjurisdictional relationships. In the National Urban Area Security Initiative Association issued the Urban Area Security Initiative (UASI) grant program requires regional governance and collaboration to promote public health and safety as a condition of funding. Under FEMA's Homeland Security Grant

Program umbrella, administering approximately $8 billion in grant funding from federal fiscal year (FFY) 2003 until FFY2014.

## Conclusion

HR928 American Family Act of 2021 Child Tax Credit– Below is language from HR928 American Family Act of 2021. The language Congress used, "American citizen do not qualify", this is treason and genocide by the defendants, and they need to be removed from office and placed under arrest by the US military.

The United States Congress wrote, approved and appropriated live of slavey for the American Negro by President Joe Biden and by first generation immigrants and these treasonous of the Executive Branch dogs, allow for $3600 to be paid each month of the year in 2021 exclusively to illegal immigrants that more than and from the welfare received by the federal government all DACA-children and DAPA-senior citizens of illegal immigrants, that is from age birth to illegal immigrant seniors did receive $3600 a month from the US Government. According to migration policy .org in 2020 over 1 million illegal immigrants came to the United Stated and if you recall your honor the democratic were inviting them and sent up egal aid and provided California grants and there is even a line item on the state budget for illegal immigrants "childlike people". HR928 allows for these same illegal immigrants to receive a tax credit based on the welfare and if you read the langue in HR928 below, each illegal immigrant will receive $110,000 in a federal refund this is treason by the defendants as they exclude all Americans but the American must pay the taxes so illegal immigrants can receive this payment. The defendants are guilty of genocide against ALL American people of all races as they have created a law to kill the American Negro in Proposition 20 and kill all American by making them poor, reliant on illegal immigrants and told by our government we are not essential works after we American voted for them in 2020. The defendants must be taken into custody by the US military and tried for treason upon the American people.

The language in HR928 American Family Act of 2021 Child Tax Credit allows illegal immigrants to go back to tax year 2020 and use the same income received in 2021 from the child tax credit and ally it to tax years 2020, 2021 and 2022 and each illegal immigrant will max out to be paid $400,000,00 for the three tax years. The plaintiff ask the Court to grant this amicus curiae as the plaintiff is likely to succeed and it is in the best interest of the country.  This rough draft is presented to the Court because US tax deadline was 4-18-2022 and we ask that no money be paid to illegal immigrants from Mexico, Asia or the Talban  and Central America.

The language from HR928 American Family Act of 2021is below:

credit allowable under paragraph (1) shall

subtitle A of such Code is amended by 2 was enacted by the Senate and House of Representa2 tives

(ii) the total number of qualifying 2

(A)        such dollar amount, multiplied by 2 (B)

under this subsection shall not be treated as a credit 2

(ii) the total number of qualifying 2

mined under paragraph (2)

(h) TAXABLE YEAR MUST BE FULL TAXABLE 2

in which the taxable year begins. (2)

disregard of rules and regulations (but not 2

to the taxpayers modified adjusted gross in2

to which such return relates may be taken into 2

(C) a significant change in the taxpayers 2

(7) Section 6211(b)(4)(A) of such Code is 2

1 Secretary of the Treasury based on information provided 2

(2) who is eligible for a payment under a plan 2

inserting after section 36B the following new section: 3

children of the taxpayer. 3

 allowed under this subpart. 3

children of the taxpayer. 3 (c) QUALIFYING CHILD

the cost-of-living adjustment deter3

under this subsection shall not be treated as a credit 2 allowed under this subpart. 3(2)

(I) $200,000 in the case of a 2 joint return, 3

YEAR.Except in the case of a taxable year closed by rea3 son of the death of the taxpayer

due to fraud). 3

by this chapter for such taxable year shall be in2 creased by the amount of such excess.. 3

come for the reference taxable year, 3

account as the reference taxable year), and 3

modified adjusted gross income, and 3

with a written notice which includes the taxpayers taxpayer identity (as defined in section 11 610 3

(2) The table of sections for subpart C of part 2 IV of subchapter A of chapter 1 of subtitle A of 3

amended 3

by the government of the respective possession. 3

described in subsection (b) with respect to such tax3 able year

SEC. 36C. CHILD TAX CREDIT. 4

4 (a) ALLOWANCE OF CREDIT

(c) QUALIFYING CHILD.For purposes of this sec4 tion (1)

(2) EXCEPTION FOR CERTAIN NONCITIZENS. 4

For purposes of this sec4 tion (1) IN GENERAL

EXCEPTION FOR CERTAIN NONCITIZENS. 4

(II) $150,000 in the case of an 4 individual who is not married

no credit shall be allow4 able under this section in the

for the calendar 4 year

(2) TAXPAYERS MAKING IMPROPER PRIOR 4 CLAIMS.

(c) ADVANCE PAYMENT OF CREDIT.Chapter 77 of 4

(B) the only qualifying children of such 4

(B) any other information provided by 4

(D) any other factor which the Secretary 4

such Code is amended by inserting after the item re4 lating to section 36B the following

(A) by striking 24(d),; and 4

(b) OTHER POSSESSIONS.The Secretary of the 4

4 (d) DEFINITIONS AND SPECIAL RULES

the Internal Revenue Code of 1986 is amended by insert5 ing

5 (3) The table of sections for chapter 77 of such

(B) by inserting 36C(a), after 36B,. 5

Treasury shall pay to each possession of the United States 5

5 (1) POSSESSION OF THE UNITED STATES

the American Family Act 5 of 2021. 6
an eligible individual, there shall be allowed as a credit against 6

The term qualifying child 6 means a qualifying child of the taxpayer

Paragraph (1) shall not apply with respect to any individual who would not be a dependent if subpara6 graph (A)

The term qualifying child 6 means a qualifying child of the taxpayer

COST-OF-LIVING ADJUSTMENT.For pur6

Paragraph (1) shall not apply with respect to any individual who would not be a dependent if subpara6 graph (A)

and (III) $100,000 in the case of a 6

case of a taxable year covering a period of less than 12 months. 6

In the case of a taxpayer who is denied credit under this section for any taxable year as a 6

after section 7527 the following new section: 6

taxpayer are qualifying children properly claimed on the taxpayers return of tax for the 6

may provide. (d) NOTICE OF PAYMENTS.Not later than Janu6 ary

6 Code is amended by inserting after the item relating

which does not have a mirror code tax system amounts 6

For 6 purposes of this section, the term possession of the

ESTABLISHMENT OF FULLY REFUNDABLE CHILD 7

the tax imposed by this chapter for the taxable year an 7

of section 152(b)(3) were applied without 7

as defined 7 in section 152(c)

poses of paragraph (1), the cost-of-living adjustment 7 for any calendar year

of section 152(b)(3) were applied without 7 regard

married individual filing a separate 7

(i) RESTRICTIONS ON TAXPAYERS WHO IMPROP7 ERLY

result of the deficiency procedures under subchapter 7 B of chapter 63

SEC. 7527A. ADVANCE PAYMENT OF CHILD TAX CREDIT. 7

reference taxable year, and 7

the taxpayer to the Secretary which allows the Secretary to determine payments under sub6 section (a) which, in the aggregate during any 7

31 of the calendar year following any calendar year 7

7 to section 7527 the following new item

(8) Section 6213(g)(2) of such Code is amend6 ed 7

estimated by the Secretary of the Treasury as being equal 7

7 United States includes the Commonwealth of


TAX CREDIT. 8

amount equal to the sum of 8

as defined 7 in section 152(c)) who has not attained 18 years of 8 age.

who has not attained 18 years of 8 age. 9 (2) EXCEPTION FOR CERTAIN NON-CITIZENS.

percentage (if any) by 8

return. 8

CLAIMED CREDIT IN PRIOR YEAR. 8

no credit shall be allowed under 8

(a) IN GENERAL.As soon as practicable after the 8

(C) the age of such qualifying children is 8

taxable year of the taxpayer, more closely total 8

during which the Secretary makes one or more payments 8

8 (4) Subparagraph (B) of section 45R(f)(3) of

(A) in subparagraph (I), by striking sec8 tion

to the aggregate benefits that would have been provided 8

Puer8 to Rico and the Commonwealth of the Northern


(a) ELIMINATION OF EXISTING CHILD TAX CRED9

(1) with respect to each qualifying child of the 9

9 (2) EXCEPTION FOR CERTAIN NON-CITIZENS.The term qualifying child shall not include

regard to all that follows resident of the United 8 States. 9 (3) LIMITATION means 9 (i)

which 9 (A

to all that follows resident of the United 8 States. 9 (3) LIMITATION. (A)

ii) MARITAL STATUS.For pur9 poses of this subparagraph

(1) TAXPAYERS MAKING PRIOR FRAUDULENT 9 OR RECKLESS CLAIMS.

this section for any subsequent taxable year unless 9

date of the enactment of this section, the Secretary shall 9

determined for such taxable year by taking into 9

the Secretarys best estimate of the credit al9 lowed to the

to any taxpayer under this section, the Secretary shall pro9 vide such taxpayer

9 such Code is amended to read as follows

24(e) and inserting section 36C(g); and 9

to residents of such possession by reason of the application 9

9 Mariana Islands



Subpart A of part IV of subchapter A of chapter 1, 10

establish a program for making monthly payments to tax10

10 (B) SPECIAL RULE.Any amounts paid

of section 36C of such Code (as so added) for taxable 10

10 (2) MIRROR CODE TAX SYSTEM.For purposes


subtitle A of the Internal Revenue Code of 1986 is 11

taxpayer who has attained 6 years of age before the close of such taxable year and for which the tax11

The term qualifying child shall not include 11 any individual who would not be a dependent

A) IN GENERAL.The amount of the 11 credit allowable under paragraph (1)

$180,000 in the case of a joint return, 11

The term qualifying child shall not include 11 any individual who would not be a dependent if sub12 paragraph (A)

the CPI for the preceding calendar year (as determined pursuant to section 11

IN GENERAL.The amount of the 11

, marital status shall be determined under section 7703. 11

(A) IN GENERAL.No credit shall be al11 lowed

the taxpayer provides such information as the Secretary may require to demonstrate eligibility for 11

payers which, in the aggregate during any calendar year, 11

account the passage of time since the reference taxable year. 11

taxpayer under section 36C(a) (determined without regard to subsection (i) there11

11 pursuant to an agreement under section 3121(l)

(B) in subparagraph (L), by striking 24, 10 or 32 and inserting 32, or 36C. 11

years beginning after 2020 if a mirror code tax system 11

11 had been in effect in such possession

11 of this section, the term mirror code tax system

amended by striking section 24. 12

payer is allowed a deduction under section 151, an 12

sub12 paragraph (A) of section 152(b)(3) were applied

shall be 12 reduced (but not below zero)

ii) $130,000 in the case of an indi12 vidual

1(f)(4)), exceeds 12

g) IDENTIFICATION REQUIREMENTS. 12

under this section for any taxable year in 12 the disallowance period.

such credit. 12

equal the annual advance amount determined with respect 12

(2)REFERENCE TAXABLE YEAR.Except as 12

of) for such taxable year. 12

(b)(6)), the aggregate amount of such payments 12

12 (relating to agreements entered into by

(9) Paragraph (2) of section 1324(b) of title 12 31

. The preceding sen12 tence

12 means, with respect to any possession of the United

(b)ESTABLISHMENT OF FULLY REFUNDABLE 13
amount equal to $3,000, and 13
13 without regard to all that follows resident of the
who is not married, and 13
section 152(b)(3) were applied 13
   B) the CPI for calendar year 2020. 13
be 12 reduced (but not below zero) by $50 for each 13 $1,000
QUALIFYING CHILD AND DEPENDENT 13
13 (B) DISALLOWANCE PERIOD.
(j) RECONCILIATION OF CREDIT AND ADVANCE 13
to such taxpayer for such calendar year. 13
provided in paragraph (3)(A), the term reference 13
(c) ON-LINE INFORMATION PORTAL.The Sec13 retary shall establish an on-line
made to such taxpayer during such calendar year, and 13
Amer13 ican employers with respect to foreign affiliates)
United States Code, is amended by inserting 13 36C
shall not apply with respect to any possession of the 13
means, with respect to any possession of the United 13 States

(2) with respect to each qualifying child of the 14
14 United States. (d) ELIGIBLE INDIVIDUAL.For purposes of this
by $50 for each 13 $1,000 (or fraction thereof) by which the tax14 payers modified adjusted gross
(iii) $90,000 in the case of a married 14 individual
without regard to all that follows resident of the 14 United States
   (2)ROUNDING.If any increase determined 14
by which the tax14 payers modified adjusted gross income exceeds
IDENTIFICATION REQUIREMENT.No credit shall be 14
For pur14 poses of subparagraph (A)
CREDIT. 14
(b) ANNUAL ADVANCE AMOUNT.For purposes of 14
taxable year means, with respect to any taxpayer 14
portal which allows tax14
such other information as the Secretary determines appro14 priate.
14 which are equivalent to the taxes referred to in

after 36B,. 14
United States unless such possession has a plan, which 14
the income tax system of such possession if 14

this section 15
15 subparagraph (A) shall be treated as taxes
(e) EFFECTIVE DATE.The amendments made by 15
has been approved by the Secretary of the Treasury, under 15
the income tax liability of the residents of such pos15 session

taxpayer who has not attained 6 years of age before the close of such taxable year
and for which the tax16
16 section, the term eligible individual means, with respect
income exceeds the threshold amount. 16
filing a separate return. (B) MARITAL STATUS.For purposes of 16 this paragraph
    (d)ELIGIBLE INDIVIDUAL.For purposes of this 16 section
under paragraph (1) is not a multiple of $50, such increase shall be rounded to the
nearest multiple of 16
the threshold amount. 16
allowed under this section to a taxpayer with respect to any qualifying child or
dependent unless the tax16
the disallowance period is 16
(1) IN GENERAL.The amount of the credit allowed under this section to any
taxpayer for any 16
(1) IN GENERAL.Except as otherwise pro16 vided
for any calendar year, the taxpayers taxable year beginning in the preceding
calendar year or, in the 16
payers to (1) elect not to receive payments under this 16
e) AUTHORITY TO ADJUST INTERVAL OF PAY16 MENTS
re16 ferred to in such subparagraph..
this section shall apply to taxable years beginning after 16
which such possession will promptly distribute such pay16 ments
under such system is determined by ref16 erence

payer is allowed a deduction under section 151, an 17
17 to any taxable year, any individual if such individuals

(B) MODIFIED ADJUSTED GROSS IN17 COME.
marital status shall be deter17 mined under section 7703.
the term eligible individual means, with respect 17 to any taxable year
$50. 17
B) MODIFIED ADJUSTED GROSS IN17 COME.
payer includes the name and taxpayer identification 17
(i) the period of 10 taxable years 17
16 taxable year shall be reduced (but not below zero) by 17
in this subsection, the term annual advance 17
case of taxpayer who did not file a return of tax for 17
section, 17
If the Secretary determines that it is not admin17
17 (5) Section 152(f)(6)(B)(ii) of such Code is
December 31, 2020. 17
to the residents of such possession. 17
to the income tax laws of the United States 17


amount equal to 120 percent of the dollar amount 18
18 principal place of abode is in the United States
For purposes of subparagraph (A), the 18 term
18 (3) APPLICABLE AMOUNT
any individual if such individuals 18 principal place of abode is in the United
States
(f) PARTIAL NON-REFUNDABLE CREDIT ALLOWED 18
For purposes of subparagraph (A), the 18 term modified adjusted gross
number of such qualifying child or dependent on the 18
after the most recent taxable year for 18
the aggregate amount of payments made under sec18 tion
amount means, with respect to any taxpayer for any 18
such taxable year, the taxpayers taxable year begin18 ning in
(3) provide information to the Secretary which 18 would be relevant to a
    modification under
istratively feasible to make monthly payments under this 18
18 amended by striking section
PAYMENTS TO POSSESSIONS. 18
c) COORDINATION WITH CREDIT ALLOWED 18
as if such possession were the United States. 18

in paragraph (1). 19

as deter19 mined under section 32(c)(4)) for more than one-half of such taxable year

modified adjusted gross income means 19 adjusted gross income increased

For purposes of 19 paragraph (1)

FOR CERTAIN OTHER DEPENDENTS. 19

income means 19 adjusted gross income increased by any amount excluded from gross income under section 911, 21 931, or 933. 22 (C)

return of tax for the taxable year and such taxpayer 19

which there was a final determination that 19

7527A to such taxpayer during such taxable 19 year.

calendar year, the amount of the credit which would 19

the second preceding calendar year. 19

subsection 19

section, such payments shall be made on the basis of the 19

(a) MIRROR CODE POSSESSION.The Secretary of 19

18 AGAINST UNITED STATES INCOME TAXES.No credit 19

(3) TREATMENT OF PAYMENTS.For purposes 19


be allowed to such taxpayer under section 36C(a) 20

20 (6) Paragraph (26) of section 501(c) of such

the Treasury shall pay to each possession of the United 20 States

shall be allowed against United States income taxes for 20

of section 1324(b)(2) of title 31, United States 20


paragraph (1), the term applicable amount means an amount equal to the quotient of 21

21 (e) INFLATION ADJUSTMENT

the term applicable amount means an amount equal to the quotient of 21 (A)

as deter19 mined under section 32(c)(4)) for more than one-half of such taxable year. 21

1) IN GENERAL.In the case of a taxable year beginning after December 31, 2020, and before 21 January 1, 2026

identification number was issued on or before the due date for filing such return. 21

the taxpayers claim of credit under this section was due to fraud, and 21

(2) EXCESS ADVANCE PAYMENTS.If the ag21 gregate

(determined without regard to subsection (j) thereof) 21
(4) MODIFICATIONS DURING CALENDAR YEAR.The Secretary may modify, during any cal21 endar year,
(5)(b)(3)(B) of the annual advance amount, including information regarding 21
shortest interval which the Secretary determines is administratively feasible.. 21
21 Code is amended in the flush matter at the end by
with a mirror code tax system amounts equal to 21
any taxable year under section 36C of the Internal Rev21 enue Code
Code, the payments under this section shall be treat21 ed

(A)     22 (1) IN GENERAL.In the case of any taxable
the amount of the credit allowable 22
by any amount excluded from gross income under section 911, 21 931, or 933. 22
the amount of the credit allowable 22 under subsection (a)
(e) INFLATION ADJUSTMENT. 22 (1) IN GENERAL
the aggregate credits allowed to a 22 taxpayer
(ii) the period of 2 taxable years 22
amount of payments under section 7527A to 22
for the taxpayers taxable year beginning in such 22
the annual advance amount with respect 22 to any
A) a change in the number of the tax22 payers
B) (d) CONFORMING AMENDMENTS. 22
22 striking section 24(c)) and inserting section
the loss to that possession by reason of the application 22
of 1986 (as so added) to any person 22
in the same manner as a refund due from the 22 credit allowed under section 36C
of the Internal

under subsection (a), as determined without re23 gard to this subsection
23 year beginning after 2021
C) THRESHOLD AMOUNT. 23
as determined without re23 gard to this subsection
.In the case of any taxable 23 year beginning after 2021
subpart A shall be increased by $500 23
THRESHOLD AMOUNT. 23 (i)

2) TAXPAYER IDENTIFICATION REQUIRE22 MENT.No credit shall be allowed under this section 23

if the taxpayer identification number of the taxpayer 24 was issued after the due date for filing the return for the taxable year.

after the most recent taxable year for 23

the taxpayer during the taxable year exceeds the 23

calendar year if 23

taxpayer for such calendar year to take into 23

qualifying children, including by reason 23

(1)The table of sections for subpart A of part 23

23 36C(c)).

of section 36C of the Internal Revenue Code of 1986 (as 23

(1) to whom a credit is allowed against taxes 23

23 Revenue Code of 1986


divided by 24 (B) an amount equal to the product of (i) $20, multiplied by HR 928 IH

the $3,000 amount in 24 subsection (a)(1) shall be increased by an amount equal to HR 928 IH

(i) IN GENERAL.For purposes of 24 subparagraph (A), the term threshold amount means

divided by 24 (B) an amount equal to the product of (i) $20, multiplied by HR 928 IH

the $3,000 amount in 24 subsection (a)(1) shall be increased by an amount equal to HR 928 IH

for each dependent of the taxpayer (as defined in 24 section 152) other than a qualifying child described in subsection (c). The amount of the credit allowed

IN GENERAL.For purposes of 24 subparagraph (A), the term threshold amount means which there was a final determination that 24 24 the taxpayers claim of credit under this section was due to reckless or intentional

amount of the credit allowed under this section to 24 such taxpayer for such taxable year (determined without regard to paragraph (1)), the tax imposed

(A) the taxpayers modified adjusted 24 gross income for such taxable year were equal

account 24(A) a return of tax filed by such taxpayer during such calendar year (and the taxable year

of the birth of a child, 24 (B) a change in the taxpayers marital status

IV of subchapter A of chapter 1 of subtitle A of the 24

Internal Revenue Code of 1986 is amended by striking the item relating to section
24.
24 and inserting 19 section 36C
added by section 2) with respect to taxable years begin24 ning after 2020. Such
amounts shall be determined by the
imposed by the possession by reason of the amend24 ments made by this section
for such taxable year; or

Internal Revenue Code of 1986 is amended by striking the item relating to section 24.
24 and inserting 19 section 36C
added by section 2) with respect to taxable years begin24 ning after 2020. Such amounts shall be determined by the
imposed by the possession by reason of the amend24 ments made by this section for such taxable year; or

(A)

Issue

H.R. 1319 tax credit in violation of H.R. 427 Social Security Independence and Program Improvement Act of 1994?

Answer

Yes

Rule

Title III (6) maximum family benefits in guaranteed cases (7) annual earning filing (8) disability insurance program demonstration project authority (9) cross matching of social security number information and employer ID number information. In section 206 SSA titles II and XVI regarding the prevention of fraud. IN section 203 (1) regulations regarding completion of plans for self-support.

Fact

In 1994 the Social Security amended title VII establishing an independent Social Security Administration heading by a commissioner and the cu de ta is Xavier Becerra oversees the health and Human Services administering the Old Age, Survivors and Disability Insurance with respect to the payments of benefits to the disabled. Conveniently Xavier Becerra as Attorney General of California codified illegal immigrants as "essential workers". Conveniently, as head of HHS and in a cu de ta moment, Nancy Pelosi Democrat from California authored H.R. 1319 American Rescue Plan and "disability is mentioned thirty six times in H.R. 1319 American Rescue Plan and the illegal immigrant is codified as "disabled" and since H.R. 1319 American Rescue Plan is a UNION WORK ORDER as the illegal

immigrant is also codified as a federal employee and their job is to procreate and get $600 for every "American" child it spits out. This is insanity and this is treason and sedition by the defendants, Padilla, Newsom, Pelosi, Becerra, Napolitano, Reyes, Guardino, Congressional Hispanic Conference and Durazo all United Sates Citizens creating laws to kill of the American people. The US Military needs to take these individuals into custody and the Court needs to hold a trail to understand the depth of the damage these American Leaders have done to the United States of America.

Conclusion

H.R. 1319 American Rescue Plan was criminally crafted by defendants, Padilla, Newsom, Pelosi, Becerra, Napolitano, Reyes, Guardino, Congressional Hispanic Conference and Durazo as they are the fifth column, an enemy group in favor of an enemy nation who created legislations in California in secret and allowed 20 million military young men who are loyal to the homeland to overt and clandestine, gather as a military disguised as union workers who have successfully put themselves in charge of the nation's food as, UFW union, in charge of the California Legislature which has over 10o laws since 1994 to present which give illegal immigrants free university education, free food stamps, free salary monthly for not working, free housing and of course they have taken over all aspects of work all done through California Legislation and none of the 100 bills ever went to the California voter. This is clearly a cu de ta by the illegal immigrants and 'joe' is a part of it clearly. Padilla, Newsom, Pelosi, Becerra, Napolitano, Reyes, Guardino, Congressional Hispanic Conference and Durazo need to be charged with sedition and put in prison. Xavier Becerra needs to be removed from his job as head of HHS, he's a treasonous WETBACK bastard.

(K)

Issue

H.R. 1319 American Rescue Plan 2021 is in violation of An Act to establish a Bureau for the Relief of Freedmen and Refuges

Answer

Yes

Rule

CHAP. XC.–An Act to establish a Bureau for the Relief of Freedmen and Refugees, enacted *by* the Senate and House of Representatives of the United States of America in Congress assembled, That there is hereby established in the War Department, to continue during the present war of rebellion, and for one year thereafter, a bureau of refugees, freedmen, and abandoned lands, to which shall be committed, as hereinafter provided, the supervision and management of all abandoned lands, and the control of all subjects relating to refugees and freedmen from rebel states, or from any district of country within the territory embraced in the operations of the army, under such rules and regulations as may be prescribed by the head of the bureau and approved by the President. The said bureau shall be under the management and control of a commissioner to be appointed by the President, by and with the advice and consent of the Senate, whose compensation shall be three thousand dollars per annum, and such number of clerks as may be assigned to him by the Secretary of War, not exceeding one chief clerk, two of the fourth class, two of the third class, and five of the first class. And the commissioner and all persons appointed under this act, shall, before entering upon their duties, take the oath of office prescribed in an act entitled "An act to prescribe an oath of office, and for other purposes," approved July second, eighteen hundred and sixty-two, and the commissioner and the chief clerk shall, before entering upon their duties, give bonds to the treasurer of the United States, the former in the sum of fifty thousand dollars, and the latter in the sum of ten thousand dollars, conditioned for the faithful discharge of their duties respectively, with securities to be approved as sufficient by the Attorney-General, which bonds shall be filed in the office of the first comptroller of the treasury, to be by him put in suit for the benefit of any injured party upon any breach of the conditions thereof.

SEC. 2. And be it further enacted That the Secretary of War may direct such issues of provisions, clothing, and fuel, as he may deem needful for the immediate and temporary shelter and supply of destitute and suffering refugees and freedmen and their wives and children, under such rules and regulations as he may direct.

SEC. 3. And be it further enacted, That the President may, by and with the advice and consent of the Senate, appoint an assistant commissioner for each of the states declared to be in insurrection, not exceeding ten in number, who shall, under the direction of the commissioner, aid in the execution of the provisions of this act; and he shall give a bond to the Treasurer of the United States, in the sum of twenty thousand dollars, in the form and manner prescribed in the first section of this act. Each of said commissioners shall receive an annual salary of two thousand five hundred dollars in full compensation for all his services. And any military officer may be detailed and assigned to duty under this act without increase of pay or allowances. The commissioner shall, before the commencement of each regular session of congress, make full report of his proceedings with exhibits of the state of

his accounts to the President, who shall communicate the same to congress, and shall also make special reports whenever required to do so by the President or either house of congress; and the assistant commissioners shall make quarterly reports of their proceedings to the commissioner, and also such other special reports as from time to time may be required.

SEC. 4. And be it further enacted, That the commissioner, under the direction of the President, shall have authority to set apart, for the use of loyal refugees and freedmen, such tracts of land within the insurrectionary states as shall have been abandoned, or to which the United States shall have acquired title by confiscation or sale, or otherwise, and to every male citizen, whether refugee or freedman, as aforesaid, there shall be assigned not more than forty acres of such land, and the person to whom it was so assigned shall be protected in the use and enjoyment of the land for the term of three years at an annual rent not exceeding six per centum upon the value of such land, as it was appraised by the state authorities in the year eighteen hundred and sixty, for the purpose of taxation, and in case no such appraisal can be found, then the rental shall be based upon the estimated value of the land in said year, to be ascertained in such manner as the commissioner may by regulation prescribe. At the end of said term, or at any time during said term, the occupants of any parcels so assigned may purchase the land and receive such title thereto as the United States can convey, upon paying therefor the value of the land, as ascertained, and fixed for the purpose of determining the annual rent aforesaid.

SEC. 5. And *be it* further enacted That all acts and parts of acts inconsistent with the provisions of this act, are hereby repealed.

APPROVED, March 3, 1865.


Fact

H.R. 1319 American Rescue Plan 2021 is either a work contract or is written as reparations based on the Supreme Court holding in Hoffman Plastics Compounds, Inc. v. NLRB, 535 U.S. 137 (2002). Which is from the Brief of Amici Curiae Mexican American National Law project from UC Berkeley to the United States Court of Appeal for the District of Columbia Circuit in 1994, which is based on humane immigrant rights based on employer abuse in Silicon Valley California. The amicus brief is a concern for immigrant workers, their legal rights and to change the U.S. INS conditions for illegal immigrants. In 2012 The Department of Homeland Security (DHS) issued a memorandum announcing an immigration relief program known as Deferred Action for Childhood Arrivals (DACA), which allows certain unauthorized aliens who arrived in the United States as children to apply for a two-year forbearance of removal.  In 2014 DHS expanded DACA eligibility and created a related program known as Deferred Action for Parents of Americans and Lawful Permanent Residents (DAPA) and those granted such relief

become eligible for work authorization and various federal benefits. In 2019 Department of Homeland Security v. Regents of University of California a lawsuit supported DACA and illegal immigrants. H.R. 1319 American Rescue Plan is arbitrary and capricious in violation of the Administrative Procedure Act (APA) and infringed the equal protection guarantee of the Fifth Amendment's Due Process Clause. District Courts in California (Regents, No. 18–587), New York (Batalla Vidal, No. 18–589), and the District of Columbia (NAACP, No. 18–588) this Court must rule in the plaintiff favor.

The establishment of the Bureau for the Relief of Freedmen and Refugees, enacted by the Senate and House of Representatives of the United States of America in Congress assembled the plaintiff race, then known as refugees continued protection as freedmen abandoned lands during the then Civil War the US Government in 1862 the Secretary of War may direct such issues of provisions, clothing, and fuel, as he may deem needful for the immediate and temporary shelter and supply of destitute and suffering refugees and freedmen and their wives and children, under such rules and regulations as he may direct the President may, by and with the advice and consent of the Senate shall have authority to set apart, for the use of loyal refugees and freedmen, such tracts of land within the insurrectionary states as shall have been abandoned, or to which the United States shall have forty acres of such land, and the person to whom it was so assigned shall be protected in the use and enjoyment of the land . At the end of said term, or at any time during said term, the occupants of any parcels so assigned may purchase the land and receive such title thereto as the United States can convey, upon paying therefor the value of the land, in SEC. 5. And be it further enacted That all acts and parts of acts inconsistent with the provisions of this act, are hereby repealed.

Conclusion

On March 3, 1865, Congress passed "An Act to establish a Bureau for the Relief of Freedmen and Refugees" to provide food, shelter, clothing, medical services, and land to displaced Southerners, including newly freed African Americans seven million newly emancipated African Americans into the political life of the nation. Iowa senator James Grimes claimed. "Are they free men, or are they not? If they are free men, why not let them stand as free men?" he asked. Senator Sumner countered that assistance was a necessity during the transition from slavery to freedom. "The curse of slavery is still upon them," he insisted. "Call it charity or duty," he said, regarding the creation of the Freedman's Bureau, "it is sacred as humanity." On January 5, 1866, Illinois senator Lyman Trumbull introduced a bill to extend the provisions of the Freedmen's Bureau Act by removing an expiration date and encompassing freedmen and refugees everywhere in the United States— not just in the ex-Confederate states. His bill also expanded the power of military

governors to enforce provisions to protect African Americans and defined the organization of interim governments in the South under conditions prescribed by Congress. Now a senator from a Southern State of Kentucky a Democrat John Yamuth under an agriculture created H.R. 1319 American Rescue Plan 2021. Therefore, H.R. 1319 American Rescue Plan Section 1005 and section provides funding for USDA to pay off outstanding farm loan debts of socially disadvantaged farmers and ranchers and Section 1006 provides funding for USDA to address historical discrimination and disparities in the agriculture sector and Specifically, USDA must use specified amounts to, provide outreach, mediation, training, and assistance on issues concerning food, agriculture, agricultural credit, agricultural extension, rural development, or nutrition to certain socially disadvantaged groups, including socially disadvantaged farmers, ranchers, or forest landowners; provide grants and loans to improve land access for such groups; fund one or more equity commissions to address racial equity issues within USDA and its programs; support and supplement agricultural research, education, and extension, as well as scholarships and programs that provide internships and pathways to federal employment; and provide financial assistance to socially disadvantaged farmers, ranchers, or forest landowners who are former farm loan borrowers and suffered related adverse actions or past discrimination or bias in USDA programs, are in violation of the plaintiff and American Negro's, Freemen's Act which establishes the Senate and House of Representatives of the United States of America in Congress to provide, supervision and management subject to freedman from operations by the Army, regulations or rules for the purpose of taxation. The plaintiff and American Negro cannot be put on peonage nor slavery as we are protected by Federal law never to be put into bondage, the federal law is CHAP. XC. – An Act to establish a Bureau for the Relief of Freedmen and Refugees. The plaintiff seeks a preliminary injunction and seeks to create apartheid in the US after he was voted into office by the plaintiff and American Negro vote. The plaintiff and Negro race were never given their Forty acers and we have no intention on paying off the illegal immigrants' debt; therefore, creating slaves for and to the WETBACK which is a law created by the WETBACK and JEW which is mimicking apartheid in Israel. Israel just evicted Palestinians from their homes and the coordinated effort to evict the Palestinian people and American Negro simultaneously while assassinating Haiti's President because he extended his term in office. Joe is correct, "America is Back" America will kill so you will not VOTE. The plaintiff seeks a stay in this draconian law until the court can determine its constitutionality.

(B)

Issue

Democratic National Committee authored H.R. 1319 American Rescue Plan 2021 and converted of the plaintiff's and American Negro's vote and trespass to chattel their vote to a work contract for illegal immigrants from Mexico and Central America

Answer

Yes

Rule

Conversion is the substantive tort theory underlying common law for trover and the most distinctive feature of conversion Is its measure of damages, which is the value of goods converted. The Restatement (SECOND) of Torts defines conversion, An intentional exercise of domain or control; over a chattel which so interferes with the right of another to control. The measure of damages in trespass is not the whole value of the property, rather the actual diminution in its value caused by the interference. Conversion of property one can obtain damages and by showing trespass to chattel can be shown by property interfered; summary judgement for liability cannot be granted on a theory of trespass to chattel without an undisputed showing of actual damages to the property in question.

Facts

The plaintiff and American Negro voted for the Biden/Harris Democratic Ticket in 2020 presidential election based on the African Diaspora the Biden/Harris spoke to the American Negro community and pledged his presidential champaign on. After the election on day one Joe Biden the Democrat issued twelve presidential executive orders on his first three days all related to immigration and especially granting illegal immigrants $15 minimum wage and $110 minimum wage for H1 and B1 immigrants; moreover, California Constitution  SB54 was supported by Xavier Becerra who is now head of Health and Human Services who also oversees the grants, pay and health insurance and pension the illegal immigrants will retire off of welfare from and then receive a pension that Xavier Becerra oversees. This is Treason by the DNC, Joe Biden and Devin Nunes a Senator from  California who authored SB54 which gives illegal immigrants immunity from deportation and Eloise Reyes authored H.R.140 Birthright Citizenship Act of 2021 which gives illegal immigrants US citizenship and Senator Diane Feinstein of California supported S.53 known as Raise the Wage Act of 2021 which codifies illegal

immigrants as "disabled" and get paid $15 an hour and under H.R. 1319 Xavier Becerra HHS head is allowed to increase their wage every two years. The $15 pay is from "joe's' first three days in office when he gave illegal immigrants $15 pay to be a federal employee. In 1984 the plaintiff and Negro race voted for the California ballot initiative Proposition 187 which stated illegal immigrants were taking jobs from American's and they did not deserve social service programs but SB54, Birthright Citizenship Act of 2021 and Raise the Wage Act of 2021 in conjunction with H.R. 1319 American Rescue plan were all written by democratic leaders from California. Therefore, the Court must turn to the question, whether H.R. 1319 American Rescue Plan the appellee has a right to convert the plaintiff and American Negro's vote; as well as the value of the vote which propelled the DNC into the US Presidency which falls under the protection of the law of property, enforceable by a suite of conversion. Biden/Harris ticket stated they would stop the killing of American Negro's by Aryan faggots and that hasn't happened; moreover, Biden/Harris ticket has chosen to convert the Negro vote and benefits to illegal immigrants and make them employees of the US Government and their job is procreation.

Conclusion

H.R. 1319 American Rescue Plan is unconstitutional illegal immigrants cannot get federal and state social services and H.R. 1319 American Rescue Plane is in violation of 45 CFR subsection 80.3 discrimination prohibited and that's under the Department of Health and Human Services, Xavier Becerra is the HHS director, he should know this since he's managing 20 million illegal immigrants.

(C)

Issue

Democratic National Committee is liable and guilty of human rights abuse.

Answer

Yes

Rule

Elements of criminal responsibility under domestic law must be established that the prohibited and it must be established that the party had a guilty state of mind for criminal liability, and it depends on the way the offence is constituted like in

legislation or under common law but in many cases will require proof of either criminal intent, or recklessness as to whether the prohibited outcome occurred or not, and in some cases merely negligence. The plaintiff will have to show proof "beyond reasonable doubt" of "strict" or "absolute" liability, to prove intent or recklessness to establish liability.

Democratic National Committee corporate criminal responsibility can be proven under their domestic penal code, meaning that all offences that potentially attract individual criminal liability carry the possibility of corporate criminal responsibility as well as, corporate culpability": attribution of the DNC leaders actions, intent and negligence to corporate entities Before a natural person can be held criminally liable for a serious criminal offence, it is usually necessary for the prosecution to prove not only that the individual engaged in prohibited behavior, but that he or she intended that behavior, or a certain outcome, or both. DNC's entities; partners; vendors and employee; individual people within the DNC are abstract legal constructions, acting as human agents' human agents. Therefore, whether the relevant offences are defined as "criminal" or "administrative", the DNC methods need to attribute human acts and omissions to a corporate entity, along with a test to establish whether those acts or omissions should attract criminal liability. There are two main approaches to the question the Democratic National Committee's culpability. First, the "identification" method, by which the acts and intentions of corporate officers and senior managers are "identified" as having. Court holding show it's usually sufficient for the person to have been acting broadly within the scope of their duties and with actual or apparent authority. The court holding allow prosecutors to "aggregate" the knowledge of a group of individuals to meet the relevant tests of culpability, United States v Bank of New England (1987) 821 F2d 844. Corporate entities can be held vicariously liable for the wrongful actions of its agents depending on the type of offences.

Conclusion

The wrongful acts are not treated as the company's own. Instead, the company is held responsible based on the employer-employee relationship.  As there is no need to attribute any mental element to the company itself, this form of liability is, technically speaking, "strict" or "no fault" liability as far as the company is concerned. The basic requirements for corporate criminal liability on this basis are that there is an employment relationship, a wrongful act has been committed by the employee, and that this wrongful act took place in the course of the employee's employment. This last requirement can be difficult to apply in practice, especially when the employee has been acting contrary to corporate policies or the express instructions of managers.  This will not necessarily absolve the company from

responsibility, however, if there was, on the facts, some connection between the wrongful activity of the employee and his or her duties.

(D)

Issue

AFL-CIO-CalPERS acquision by state funding of illegal immigrants and United Farm Workers Union's anticompetitive as it relates to the grants provided, state budget provisions and union organization for purpose of employment.

Answer

Yes

Rule

NLRA Section 8. subsection 158 (a) Unfair labor practices by employer (b)(1) Unfair labor practices by labor organization, (2) to cause or attempt to cause an employer to discriminate against an employee in violation of subsection (a)(3), (3) to refuse to bargain collectively with an employer, (4) (i) to engage in, or to induce or encourage any individual employed by any person engaged in commerce

(P)

Issue

Does Nancy Pelosi's encouragement of illegal immigrants and discouragement of American Negro's into the membership of the AFLCIO-CalPERS and into the UFW labor organizations which H.R. 1319 American Rescue Plan 2021 is a work contract for which deals with employers concerning grievances, labor disputes, wages, rates of pay, hours of employment, or conditions of work for illegal immigrants from Mexico, Central Americana and Asia.

Answer

Yes

Rule

Section 8 (a) (3) of the National Labor Relations Act makes it an "unfair labor practice for an employer, by discrimination regarding hire or tenure of employment

or any term or condition of employment to encourage or discourage membership in any labor organization. Section 8(a) (3), discrimination is employer treatment of employees affecting their employment conditions caused by employee exercise of Section 7 rights, e.g., the rights to engage in self-organization and collective bargaining. In Title 8 Aliens and nationality (F)(i), the federal laws here are clear not state, no employee of the state or federal government can give immunity.

Facts

H.R. 1319 American Rescue Plan of 2021 uses American people Social Security which was created from the 1935 Social Security Act that built on reserves generated and raised between 1935 and 2021 for the benefit generated by large surplus of revenue and private mutual funds for the beneficiary as a benefit for provided their tax dollars.  the program's basic design, the larger an individual's payroll tax contributions, the greater the benefits the person would receive. An individual who began contributing to the program in 1937 and retired in 1942 would receive benefits based on only five years of contributions. A similar person who retired in 1962 would receive benefits based on twenty-five years of contributions. President Franklin Roosevelt articulated one key financing principle: that the program be self-financing "in the sense that funds for the payment of insurance benefits should not come from the proceeds of general taxation. The self-financing requirement could be accomplished either by a pay-as-you-go" financing policy or by building a reserve. Social Security plan reserve policy is tax rates would be initially set to raise revenue more than the amount required to finance initial benefits. Excess revenue would be used to build a reserve. Interest earned by "investing" the reserve would be used to partially finance future benefits. The investment would be in the form of reducing the outstanding national debt held by the public. The lower national debt would lower interest payments. The savings in interest payments would be credited to the Social Security program. The portion of Social Security benefits financed by the reserve, therefore, would not represent an additional tax burden on future generations but would be offset by the reduced burden of financing the national debt. Under the pay-as-you-go policy, tax rates would be set to raise only the amount of revenue required to finance that year's benefit payments. As benefits rose over time, taxes would rise pari pasu. It was Democratic Senator Daniel Hastings (D-Delaware) asked, "Does anybody believe that such a large sum of money accumulated for any purpose could be preserved intact? Does anybody doubt that it would be subjected to all kinds of demands?" The demands to use Social Security for illegal immigrants puts a stain on the pay-as-you-go financing policy that will erode future surplus the plaintiff and the American Negro community has pay-as-you-go into the Social Security system.

H.R. 1319 American Rescue Plan mandates interfering with the plaintiff and Negro communities' religious beliefs by forcing as the employer to have the citizen provide reproductive rights as a payment of taxes to illegal immigrants is a form of contraceptive method that induces birth of a certain race of people. The government fails to accomplish the least restrictive manner. The Court must hold, the government and Xavier Becerra have not proposed other means of work for his employees except procreation which pays $600 per child. One of his workers can gave 100 children like a rabbit does and according to H.R. 1319 American Rescue Plan Act of 2021a person is an Aunt, Grandmother, non-profit and therefore it can become a business where a grandmother or aunt can open a non-profit and take in 100 children and that's $60'000 year tax free for creating a business of having 5 children by birth and that's $3000 a month. Xavier Becerra employee do not allow the plaintiff and Negro community to practice their religious freedom that it violated their rights under RFRA by compelling plaintiff and the Negro community to provide their tax dollars to another race and foreign aliens to provide one procreation method that is burdens the Negro community and the plaintiff and fails to do so in the least restrictive manner. In the holding of Hobby Lobby, the US Supreme Court rules a non-profit corporation is classified as a person under the RFRA and therefore, the possibility of one person creating a non-profit for human trafficking is possible as H.R. 1319 American Rescue Plan Act of 2021 allows for non-profits to be established and funding provided. Therefore, the possibility of a religious school specifically for procreation is very possible. The HHS conducted a study in 2014 on "reproductive injustice" for reproductive rights with the National Latin Institute for Reproductive Heath by racial disparities to healthcare coverage for non-citizen women. In January 2021 the Democratic National Committee first legislation they introduced is H.R. 1319 American Rescue Plan Act of 2021 which pays $600 a month to illegal immigrants from the plaintiff and Negro community taxes which is forced upon them in the least restrictive manner.

"Reproductive Injustice: Racial and Gender Discrimination in U.S. Healthcare" (2014), by the Center for Reproductive Rights, the National Latina Institute for Reproductive Health, and SisterSong Women of Color Reproductive Justice Collective

In 2014, the Center for Reproductive Rights, SisterSong Women of Color Reproductive Justice Collective, and the National Latina Institute for Reproductive Health released a co-authored report titled "Reproductive Injustice: Racial and Gender Discrimination in U.S. Healthcare," hereafter "Reproductive Injustice." In "Reproductive Injustice," the organizations evaluate trends in the US federal system concerning racial and gender discrimination in sexual and reproductive healthcare.

Format: Articles

Subject: Publications, Organizations, Outreach, Legal

Conclusion

Therefore, the mandate is to create more illegal immigrants per HHS study as the $600 per the pay scale for this illegal community is only offered in rural communities in California where the Governor of California used the Covid19 federal funding to this same illegal immigrant beggars. H.R. 1319 American Rescue Plan Act of 2021 is a government action supported by the employees of Xavier Becerra and the plaintiff and Negro community religion is infringed on under the RFRA. The H.R. 1319 American Rescue Plan Act of 2021 procreation mandate for the plaintiff and Negro community must choose between violating their religious principles and paying burdensome taxes which is a mandate which is a penalty to them as it affects their religious principle. The Court must hold, the burden placed on the plaintiff and Negro community is substantial. Under the RFRA, government actions can only burden a person's right to practice religion when the action promotes a substantial governmental interest and is the least restrictive way of accomplishing the government's intended goal. The Court must hold, H.R. 1319 American Rescue Plan Act of 2021 is a work order for employment where the federal government is the employer and as a result the contraceptive mandate promotes no government interest of promoting the health to its citizens nor is it a rescue plan for the American people. Nancy Pelosi's leadership has invited 24,000 children from Mexico and Central America and in one month 184 thousand illegal immigrants have guests of Nancy Pelosi under the first 100 days of the Biden /Harris administration which none seem to have specific documentation as to who these children's parents are nor are all individuals' backgrounds, education, skill set being evaluated individually; therefore, there is no legal authorization for these aliens to use federal or state services. Under H.R. 1319 the American tax code was amended to give illegal immigrants credits towards a future tax return and they get $600 even if it is not their child, meaning they can be a "provider", and this is job title is codified as federal law as employment. The American tax code was amended to illegal immigrants can amend the 2018 and 2019 taxes to include a salary of $30,000. The American tax code was amended so illegal immigrants can receive a retirement benefit package starting in 2029 based on the $600 a month tax credit per child they will receive for procreation as a job. Under H.R. 1319 the illegal immigrant can join CalPERS-AFLCIO the California state union for state employees, and they are eligible to apply for federal jobs as they are designated as federal employees. The American Rescue Plan is a contract for work which is codified as a Federal law.

Does Nancy Pelosi's encouragement of illegal immigrants and discouragement of American Negro's into the membership in any labor organization which H.R. 1319

American Rescue Plan 2021 a work order contract dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours of employment, or conditions of work for illegal immigrants from Mexico, Central Americana and Asia. H.R. 1319 American Rescue Plan 2021 is in violation of Section 8 (a)(1) of the Act makes it an unfair labor practice for an employer "to interfere with, restrain, or coerce employees in the exercise of the rights guaranteed in Section 7 of the Act. Also, (h) Seniority or merit system; quantity or quality of production; ability tests; compensation based on sex and authorized by minimum wage provisions. Notwithstanding any other provision of this subchapter, it shall not be an unlawful employment practice for an employer to apply different standards of compensation, or different terms, conditions, or privileges of employment pursuant to a bona fide seniority or merit system, or a system which measures earnings by quantity or quality of production or to employees who work in different locations, provided that such differences are not the result of an intention to discriminate because of race, color, religion, sex, or national origin, nor shall it be an unlawful employment practice for an employer to give and to act upon the results of any professionally developed ability test provided that such test, its administration or action upon the results is not designed, intended or used to discriminate because of race, color, religion, sex or national origin. It shall not be an unlawful employment practice under this subchapter for any employer to differentiate upon the basis of sex in determining the amount of the wages or compensation paid or to be paid to employees of such employer if such differentiation is authorized by the provisions of section 206 (d) of title 29. The Meaning of Discrimination, regarding Section 8 (a) (3) is that no employer shall justify any discrimination against an employee for non-membership in a labor organization, discrimination, also appears to be a generic term for all forms of adverse treatment of employees. Nancy Pelosi's encouragement of illegal immigrants and discouragement of American Negro's into the membership of the AFLCIO-CalPERS; therefore, "discriminate" and "discrimination" on hiring by stating the circumstances under which DNC as employers' acts of discrimination are to fall within the scope of the statutory language. In these two situations, the DNC expressly provides that the discrimination is only to come within the statutory language when it is visited upon an employee for one of the stated reasons. The Court must hold Nany Pelosi discriminates by encouragement of illegal immigrants and discouragement of American Negro's into the membership of the AFLCIO-CalPERS.

(E)

Issue

Democratic National Committee authored H.R. 1319 American Rescue Plan 2021 and converted of the plaintiff's and American Negro's vote and trespass to chattel their vote to a work contract for illegal immigrants from Mexico and Central America.

Answer

Yes

Rule

Conversion is the substantive tort theory underlying common law for trover and the most distinctive feature of conversion Is its measure of damages, which is the value of goods converted. The Restatement (SECOND) of Torts defines conversion, An intentional exercise of domain or control; over a chattel which so interferes with the right of another to control. The measure of damages in trespass is not the whole value of the property, rather the actual diminution in its value caused by the interference. Conversion of property one can obtain damages and by showing trespass to chattel can be shown by property interfered; summary judgement for liability cannot be granted on a theory of trespass to chattel without an undisputed showing of actual damages to the property in question.

Facts

The plaintiff and American Negro voted for the Biden/Harris Democratic Ticket in 2020 presidential election based on the African Diaspora the Biden/Harris spoke to the American Negro community and pledged his presidential champaign on. After the election on day one Joe Biden the Democrat issued twelve presidential executive orders on his first three days all related to immigration and especially granting illegal immigrants $15 minimum wage and $110 minimum wage for H1 and B1 immigrants; moreover, California Constitution  SB54 was supported by Xavier Becerra who is now head of Health and Human Services who also oversees the grants, pay and health insurance and pension the illegal immigrants will retire off of welfare from and then receive a pension that Xavier Becerra oversees. This is Treason by the DNC, Joe Biden and Devin Nunes a Senator from  California who authored SB54 which gives illegal immigrants immunity from deportation and Eloise Reyes authored H.R.140 Birthright Citizenship Act of 2021 which gives illegal immigrants US citizenship and Senator Diane Feinstein of California supported S.53 known as Raise the Wage Act of 2021 which codifies illegal immigrants as "disabled" and get paid $15 an hour and under H.R. 1319 Xavier Becerra HHS head is allowed to increase their wage every two years. The $15 pay

is from "joe's' first three days in office when he gave illegal immigrants $15 pay to be a federal employee. In 1984 the plaintiff and Negro race voted for the California ballot initiative Proposition 187 which stated illegal immigrants were taking jobs from American's and they did not deserve social service programs but SB54, Birthright Citizenship Act of 2021 and Raise the Wage Act of 2021 in conjunction with H.R. 1319 American Rescue plan were all written by democratic leaders from California. Therefore, the Court must turn to the question, whether H.R. 1319 American Rescue Plan the appellee has a right to convert the plaintiff and American Negro's vote; as well as the value of the vote which propelled the DNC into the US Presidency which falls under the protection of the law of property, enforceable by a suite of conversion. Biden/Harris ticket stated they would stop the killing of American Negro's by Aryan faggots and that hasn't happened; moreover, Biden/Harris ticket has chosen to convert the Negro vote and benefits to illegal immigrants and make them employees of the US Government and their job is procreation.

Conclusion

H.R. 1319 American Rescue Plan is unconstitutional illegal immigrants cannot get federal and state social services and H.R. 1319 American Rescue Plane is in violation of 45 CFR subsection 80.3 discrimination prohibited and that's under the Department of Health and Human Services, Xavier Becerra is the HHS director, he should know this since he's managing 20 million illegal immigrants.

(F)

Issue

H.R. 1319 American Rescue Plan 2021 is payment for personal procreation by itself, directly affect commerce, the paying for illegal immigrants to procreate codifies that race l procreation; therefore, existence does affect the revenues availability of surplus from the Social Security system the plaintiff and American Negro has paid into it which influences interstate commerce.

Answer

Yes

Rule

Chief Justice Rehnquist overturned the Act. Rehnquist reasoned that the Court's prior Commerce Clause cases showed that Congress had the power to regulate

activity falling into three distinct areas: (1) use of the "channels of interstate commerce;" (2) the "instrumentalities of interstate commerce, or persons or things in interstate commerce" (e.g., products actually moving across state lines); and (3) "those activities that substantially affect interstate commerce," United States v. Lopez, 514 U.S. 549, 558–559 (1995).

Fact

H.R. 1319 American Rescue Plan 2021 mirrors California Constitution for illegal immigrant laws which mirrored "HOPE" which is H.R. 5252 Section 233 New Hope demonstration project, which "HOPE" was Obama's platform which is a lie, because "HOPE" is California Blueprint for immigration laws

Conclusion

H.R. 1319 American Rescue Plan 2021 exceeds Congress' Commerce Clause authority. First regulating intrastate economic activity that substantially affected interstate commerce, the possession of a procreation in a work environment is in no sense an economic activity that might, through repetition of Christianity's slavery which had such a substantial effect on interstate commerce. In H.R. 5252 Section 233 New Hope Demonstration Project (a) shall provide for a demonstration project for a qualified program to be conducted in Milwaukee, Wisconsin (b) payments payable to the State with respect to participants in the program for such calendar quarter, for cash assistance and child care under part A of title IV of the Social Security Act, for medical assistance under title XIX of such Act, and for administrative expenses related to such assistance. The amount payable to the operator of the program under this section shall not include the costs of evaluating the effects of the program.

H.R. 1319 American Rescue Plan 2021 has mirrored the federal plan for Americans to have American's pay by using their property for the use as payment for procreation for illegal immigrants is commerce as it violates federal tax laws, it violates federal racketeering laws, and this is grand theft by Nancy Pelosi and the Democratic National Committee. The Court must find this unconstitutional and charge Nancy with grand theft of movable property. Although the New Hope Project, Inc., a private, not-for-profit corporation incorporated under the laws of the State of Wisconsin Nancy Pelosi mirrored the success of the American people give not an American non-profit the benefit of success but by fear and force converted by interfering with the right of possession of their property. The Court

must hold this is unconstitutional, the act intent is the written document of H.R. 1319 American Rescue Plan 2021. H.R. 1319 American Rescue Plan 2021 is an essential part of a larger regulation of economic activity, in which the regulatory scheme is intrastate activity since taxes and revenue are regulated. Therefore, can be sustained under the Court's cases upholding regulations of activities that arise out of or relate to a commercial transaction, which, viewed in the aggregate, substantially affects interstate commerce. Second, H.R. 1319 American Rescue Plan 2021 contains no jurisdictional element of a case-by-case inquiry for illegal immigrants as the INS laws require, as they are not legally in the United States, which has the requisite nexus with interstate commerce. To uphold the Government's contention that H.R. 1319 American Rescue Plan 2021 is not justified because procreation does not indeed substantially affect interstate commerce would require this Court to pile inference upon inference in a manner that would bid fair to convert congressional Commerce Clause. Basically, the Democrats would have to amend the Commerce Clause for tax scheme to work since mirroring it is illegal and unconstitutional.

(G)

Issues

H.R. 1319 American Rescue Plan is in violation of H.R. 5252 Social Security Act of 1994 which Is based on "pay-as-you-go" financing policy or by building a reserve.

Answer

Yes

Rule

Subtitle D, aid to families with dependent children in Section 231 paragraph (1)(A)(iii) the individual is a citizen or national of the United States, and, if that individual is not a citizen or national of the United States, that the individual is in a satisfactory   immigration status. In A.L.A. Schechter Poultry Corporation *v.* U.S., the Supreme Court invalidated federal legislation establishing certain labor conditions and regulating the sale of unhealthy chickens. Although the law was aimed at preventing the movement of dangerous foods in interstate commerce, the Court overturned the law, holding that it interfered with labor conditions related to purely intrastate business activities.

Facts

Social Security is for individual in satisfactory immigration status and section 232 does allow for reporting of welfare receipt fraud contrary to the working in H.R. 1319 American Rescue Plan which makes it a penalty for contacting the U.S. Government and reporting illegal immigrants, which is constitutional. H.R. 1319 American Rescue Plan includes all payment of wages and services from H.R. 748 'Coronavirus Aid, Relief, and Economic Security Act'' or the ''CARES Act' to payments to illegal immigrants and that also includes social security payments going to illegal immigrants. There is no money from either plan going to the American people and as written H.R. 1319 American Rescue Plan is a work order that guarantees all illegal immigrants get paid, get a college education, get healthcare but they do not have to pay taxes. First H.R. 1319 allows the illegal immigrant to get paid from Social Security and there is a retirement package in there as well.

Conclusion

H.R. 1319 American Rescue Plan 2021 which gives monetary credits to illegal immigrants is converting the American Negro's retirement benefits for Americans which interferes with a right of possession in a manner serious enough to merit the defendants to cease and desist their illegal activity as they are liable for conversion. Their intent to perform the act of interfering with the plaintiff's and American Negro's right of possession, converting it for the use of the illegal immigrant from Mexico. H.R. 1319 American Rescue Plan 2021 mut be invalidated as federal legislation that it interfered with labor conditions related to purely intrastate business activities, 12. A.L.A. Schechter Poultry Corp. v. United States, 295 U.S. 495 (1935); 13. N.L.R.B. v. Jones – Laughlin Steel Corp., 301 U.S. 1 (1937) and Adkins v. Children's Hospital, 261 U.S. 525 (1923), overturned by West Coast Hotel Co. v. Parrish, 300 U.S. 379 (1937)  in that court holding they instituted a broader reading of the Commerce Clause.

(H)

Issue

H.R. 1319 American Rescue Plan (1) does not foster innovation, (2) does not promote competition and consumer welfare, (3) does not aggressively punishing criminal cartel activity.

Answer

Yes

Rule

U.S. Antitrust Laws like the Sherman At was created to outlaw any contract or conspiracy to resist trade and any monopolization or conspiracy to monopolize. The Federal Trade Commission Act prohibits unfair methods of competition and deceptive acts or practices. Additionally, the Sherman Act is inclusive in the Federal Trade Commission's Act, in that if any action violates the former, is also violates the latter. The Clayton Act includes mergers and interconnected broads between competitors and the Clayton Act prohibits mergers that will result in a monopoly or substantially less competition. In U.S.C. 15 Commerce and Trace, Chapter 12 uses the term "agricultural products", means agricultural, horticultural, viticultural, and dairy products, food products of livestock, the products of poultry and bee raising, the edible products of forestry, and all products raised or produced on farms and processed or manufactured products thereof, transported or intended to be transported in interstate and/or foreign commerce. It also has Pub. L. 91–547, §27(b), struck out reference to industrial development bonds the interest on which is excludable from gross income under section 103(a)(1) of title 26;  struck out "substantially all the business of which is confined to the making of loans to members" after "similar institution" and substituted provisions designated as cl. (B) for prior provision relating to a security issued by a farmers' cooperative association as defined in paragraphs (12), (13), and (14) of section 103 of the Revenue Act of 1932. The definition of a "farmer" in U.S.C. 15 Commerce and Trace as it refers to debt of government loans.

Fact

The term "agricultural products", means agricultural, horticultural, viticultural, and dairy products, food products of livestock, the products of poultry and bee raising, the edible products of forestry, and all products raised or produced on farms and processed or manufactured products thereof, transported or intended to be

transported in interstate and/or foreign commerce. That "farmers" transaction in respect to any article shall be considered to be in interstate commerce if such article is part of that current of commerce usual in dealing in agricultural products whereby they are sent from one State with the expectation that they will end their transit, after purchase, in another, including, in addition to cases within the above general description, all cases where purchase or sale is either for shipment to another State or for manufacture within the State and the shipment outside the State of the products resulting from such manufacture. Articles normally in such current of commerce shall not be considered out of such commerce through resort being had to any means or device intended to remove transactions in respect thereto from the provisions of this chapter. To this paragraph the word "State" includes Territory, the District of Columbia, possession of the United States, and foreign nation. In Section 606c, act June 19, 1934, subsections 13, 48 Stat. 1112, related to loans for organizing farmers in which case, assistance under this paragraph may be provided to farm-related and nonfarm-related small business concerns, subject to the other applicable requirements of this paragraph" for "the Consolidated Farmers Home Administration Act of 1961 (7 U.S.C. 1961). In subsection 636d, Disaster aid to major sources of employment (a) Loans to disaster areas which need to be paid back is from the Small Business Administration in the case of a nonagricultural enterprise, and the Farmers Home Administration in the case of an agricultural enterprise, are authorized to provide any industrial, commercial, agricultural, or other enterprise, which has constituted a major source of employment in an area suffering a major disaster and which is no longer in substantial operation as a result of such disaster, a loan in such amount as may be necessary to enable such enterprise to resume operations in order to assist in restoring the economic viability of the disaster area. Loans authorized by this section shall be made without regard to limitations on the size of loans which may otherwise be imposed by any other provision of law or regulations. In H.R. 1319 American Rescue Plan "Loan" is mentioned sixty-nine times as it refers to Health and Human Services (Xavier Becerra) giving grants and unsecured loans to illegal immigrants as this draconian U.S. Constitution has the plaintiff and American Negro obligated to pay off all the "farmers" debt including loans and then they get grants from HHS and do not have to pay them back but the American needs to go to a bank and secure a private loan for their "farm".

Conclusion

The Court must hold. H.R. 1319 American Rescue Plan is welfare for illegal immigrants and therefore, unconstitutional.

(I)

Issue

H.R. 1177 U.S. Citizen Act violates the fourteenth amendment in relation to Civil Rights, to the extend that private conduct was never applicable to Congressional legislation that protects privileges of national citizenship from private interference.

Answer

Yes

Rule

42 U.S.C. subsection 1985(3), provides a civil action for private conspiracies to deny an y person "equal privileges or immunities under the law," continue to be relevant.

Fact

The defendants conspired to intimidate the plaintiff and the American Negro community in their right to trave in the interstate, work in the interstate and educate themselves in the interstate of California. The plaintiff has shown in this and other causes before the Court that homosexual Aryan violence is their lifestyle which has been codified by federal and state laws which have manifested into H.R. 1177 U.S. Citizen Act. This is a conspiracy to overthrow the United States and make the American Negro a "slave" to the Whiteman and the Mexican. H.R. 1177 U.S. Citizen Act mandates (1) redefines for immigration purposes the term *conviction* to exclude convictions that have been expunged or vacated (2) requires the Department of State to implement a strategy to advance reforms in Central America and address key factors contributing to migration from the region to the United States (3) requires the State Department to establish refugee processing centers in Central America (4) requires Customs and Border Patrol sectors and stations to have a certain number of employees with certain qualifications such as paramedic training (5) generally prohibits religious discrimination in granting or denying immigration benefits, and (6) establishes

grant programs for providing training and services to immigrants (7) provides permanent resident status to certain applying noncitizens, specifically for eligible noncitizens (8) provides jobs in certain amount of agricultural labor (9) allows illegal immigrants to join the Federal Employee's Union (10) immediately makes them employees of the federal government (10) guarantees university education.

Conclusion

This is a conspiracy to overthrow the United States started in a 1994 brief by the Mexican American Legal Defense and Educational Fund in a case that went to the Supreme Court Hoffman Plastics Compound v. National Labor Relations Board. That case was for reparations for illegal immigrants. In 2001 the US Supreme Court handing their decision in Hoffman Plastic Compounds, Inc. v. NLRB, 535 U.S. 137 was federal immigration policy, as expressed by Congress in IRCA, foreclosed the Board from awarding backpay to an undocumented alien who has never been legally authorized to work in the United States. The Court must hold H.R. 117 is unconstitutional U.S. federal immigration policy forecloses the Nancy, DeLeon, Newson, Durazo, Reyes, Napolitano, Becerra, Padilla, Guardino, Nunes, CZ Biohub and Congressional Hispanic Conference from awarding backpay to an undocumented alien who has never been legally authorized to work in the United States. Therefore, "joe" has no legal standing the President of Mexico to convert the plaintiff and American Negro's rights as they are protected by the Constitution.

(J)

Issue

H.R. 1177 U.S Citizen Act violates the plaintiff's and American Negro's First, Second and Fourteenth Amendment rights.

Answer

Yes

Rule

The Necessary and Proper Clause allows Congress "To make all Laws which shall be necessary and proper for carrying into Execution the [enumerated] Powers, and all other Powers vested by this Constitution in the Government of the United

States, or in any Department or Officer thereof." (Article I, Section 8, Clause 18).

Facts

The Thirteenth (1865), Fourteenth (1868), and Fifteenth (1870) Amendments abolished slavery, gave black males civil rights and the vote, and, more importantly, established a national citizenship whose rights, protected by the federal government, were to be enjoyed by all Americans. But the US Supreme Court—beginning in 1873 with the Slaughterhouse decision and continuing with the Cruikshank decision in 1876 restricted the rights protected under these amendments. The United States v. Cruikshank case arose from the Colfax Massacre, the bloodiest act of terrorism during Reconstruction until the New Reconstruction under H.R. 1177 U.S Citizen Act, H.R. 1319 American Rescue Plan 2021 and S.53 Raise the Wage At of 2021.

Five days after the Civil War ended, President Abraham Lincoln was shot the South had held elections under the new state constitutions state legislatures quickly authorized many needed public projects and the taxes to pay for them. Among these projects was the creation, for the first time in the South, of free public education. But the public schools excluded black children. The state legislatures also began to pass laws limiting the freedom of the former slaves. These laws mirrored those of colonial times, which placed severe restrictions on both slaves and emancipated blacks.

On the first day of "joe's" presidency he signed presidential executive order one of them DACA which gives free college tuition, free Medicaid and $1100 a month this excludes black children. The DNC created H.R. 1319 American Rescue Plan, CARES ACT, S.53 Raise the Wage Act.

Conclusion

The plaintiff and American Negro since 1690, the Court must hold H.R. 1177 U.S Citizen Act violates the plaintiff's and American Negro's First, Second and Fourteenth Amendment rights.

(K)

Issue

H.R. 1177 U.S Citizen Act unconstitutional and engaged in insurrection or rebellion against the United States.

Answer

Yes

Rule

First Amendment, Second Amendment and Fourteenth Amendment and the Slaughter-House Cases, 83 U.S. (16 Wall.) 36, 21 L. Ed 394 (1872) and the Equal Protection Clause of the Fourteenth Amendment.

Fact

Between 1690 and 2021 the plaintiff and Negro race have been fighting for our freedoms and when we as a race elected the Biden-Harris ticket and it was to get the race out of the bondage that was evident during the lynching of George Floyd when he was denied oxygen and the denial of oxygen via ventilators to the Negro race during the Covid-19 health crisis. After the election the Biden-Harris ticket introduces H.R.1177 U.S. Citizen Act.

Conclusion

The Court must hold that H.R. 1177 U.S Citizen Act involved legislation that was authored by a California State Democratic political leader. This legislation involves racial discrimination and is, therefore, unconstitutionally invalid under the Equal Protection Clause of the Fourteenth Amendment. The Court must agree the state is permitted a neutral position regarding private racial discrimination and is not required to forbid such discrimination, H.R. 1177 U.S. Citizen Act constituted prohibited state involvement in private discrimination and union organizing, as she is representing California's affirmative action designed to authorize and make legally possible private discrimination a federal constitutional law, further killing off the American Negro race as the law is designed to do. The Court must hold, H.R. 1177 U.S Citizen Act is unconstitutional, and the plaintiff request stay of this law until a court can decide its constitutionality.

(L)

Issue

H.R. 1319 American Rescue Plan, Section 5003 is a business plan for sovereign nations specifically Mexico's illegal immigrants in the US and Indian Tribal Regions of the U.S.

Answer

Yes

Rule

H.R. 1319 American Rescue Plan Section 5003 Support for Restaurants which started between February 15, 2020, and December 31, 2021.

Regarding Tribal Lands, the **federal Indian trust responsibility** is a legal obligation under which the United States "has charged itself with moral obligations of the highest responsibility and trust" toward Indian tribes (Seminole Nation v. United States, 1942). This obligation was first discussed by Chief Justice John Marshall in Cherokee Nation v. Georgia (1831). Over the years, the trust doctrine has been at the center of numerous other Supreme Court cases, thus making it one of the most important principles in federal Indian law. The inherent sovereignty of tribes was acknowledged by the United States through the process of treaty negotiations between two sovereign "nations." In California, eighteen treaties were negotiated and signed between the federal government and various California tribes, including headmen representing the Pauma-Yuima band of Mission Indians who signed the Treaty with the San Louis Rey, ETC., 1852. The Indian Commerce Clause of the United States Constitution (Article I, 8, clause 3) is the main source of the "nation to nation" relationship between the federal government and tribes and has been the primary vehicle used by Congress to recognize and define tribal sovereignty. In addition, the Court has ruled that Congress, as the legislative body of the nation, and not state governments, has an intrinsic power to deal with the Indian nations that reside within the borders of the United States. Chief Justice John Marshall beginning in the 1830's, set forth the legal framework for defining Tribal sovereignty. The 1832 Supreme Court decision Cherokee Nation v. Georgia ruled those Indian nations had the full legal right to manage their own

affairs, govern themselves internally and engage in legal and political relationships with the federal government and its subdivisions. In California v. Cabazon (1987), the Supreme Court ruled that tribes have the right, as sovereign nations, to conduct gaming on Indian lands, free of state control when similar gaming outside the reservation is permitted by the state for any purpose.

The Tenth Amendment provides that "powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people." While this language would appear to represent one of the clearest examples of a federalist principle in the Constitution, it has not had a significant impact in limiting federal powers. However, in New York v. United States and Printz v. United States, the Court did find that, under the Tenth Amendment, Congress cannot "commandeer" either the legislative process of a state or the services of state executive branch officials.

The Eleventh Amendment provides that "the Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State." Although this text is limited to preventing citizens from bringing diversity cases against states in federal courts, the Supreme Court has expanded the concept of state sovereign immunity further to prohibit citizens generally from bringing suits against states under federal law generally. There are exceptions to this limitation, however, and Congress also has a limited ability to abrogate such state immunity.

Finally, Congress has the power under the Spending Clause to require states to undertake certain activities as a condition of receiving federal monies. Such conditions, however, must be related to the underlying grant, and the financial consequences of non-compliance cannot be coercive. Further, if the condition relates to the creation of a "new and independent" program, and if the amount to be withheld represents a significant portion of a state's overall budget, then such condition will be found to violate federalism principles.

The U.S. Constitution provides that Congress shall have the power to regulate commerce with foreign nations and among the various states. The Tenth Amendment provides that "powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people. In New York v. United States *and* Printz v. United States, the Court did find that, under the Tenth Amendment, Congress cannot

"commandeer" either the legislative process of a state or the services of state executive branch officials.

Federalism, State Sovereignty, and the Constitution: Basis and Limits of Congressional Power
The lines of authority between states and the federal government are, to a significant extent, defined by the United States Constitution and relevant case law.

The plaintiff is aware that Mexico and Central America countries as sovereign nations.

Facts

The cause at bar discusses state and federal legislative power generally and focuses on issues of congressional power under the Commerce Clause and the Fourteenth Amendment; limits on congressional powers, such as the Tenth Amendment; state sovereign immunity under the Eleventh Amendment; and grants condition imposed under the Spending Clause. The federal powers to be exercised like "police power" does not arise from the Constitution but is an inherent attribute of the states' territorial sovereignty. The Constitution does, however, provide certain specific limitations on that power of the federal government, while limited to those enumerated in the Constitution, Article I, Section 8, cl. 18 provides that "the Congress shall have power ... To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof." Congress has broad financial powers, including the power to tax and spend to pay debts and provide for the common defense and general welfare of the United States; Congress also has broad authority over the commercial interests of the nation, including the power to regulate commerce, to establish bankruptcy laws, to coin money, to punish counterfeiters, to establish post offices and post roads, and to grant patents and copyrights. Congress has broad powers over citizenship, including the power to define the circumstances under which immigrants may become citizens, and to protect the rights of those persons who have citizenship. The Fourteenth Amendment gives Congress the power to enforce the guarantees of the Fourteenth Amendment, including the right to due process and equal protection. Congress has the power and authority to

purchase and administer property and has power over those jurisdictions that are not controlled by states, such as the District of Columbia and the territories. Congress is limited by the Fifth Amendment. The U.S. Constitution provides that Congress shall have the power to regulate commerce with foreign nations and among the various states. Under the Gun-Free School Zones Act of 1990 Lopez, the Court held that, because the act neither regulated a commercial activity nor contained a requirement that the possession was connected to interstate commerce, the act exceeded the authority of Congress under the Commerce Clause. In 1937, NLRB v. Jones & Laughlin Steel Corporation, the Supreme Court held that Congress could protect interstate commerce from burdens and obstructions that "affect" commerce transactions. In the NLRB case, the court upheld the National Labor Relations Act, finding that by controlling industrial labor strife. Supreme Court holdings have found that purely local commerce (such as local working conditions) might, because of market forces, negatively affect the regulation of interstate commerce, and thus would be susceptible to regulation. The Court has also held that an activity which does not affect interstate commerce could be regulated if all such activities taken in the aggregate did affect interstate commerce. Under the reasoning of these cases, the Court has upheld many diverse laws, including laws regulating production of wheat on farms, racial discrimination by businesses, and loansharking which is Pelosi's family business. Congress passed the Violence Against Women Act, in Morrison, the Court evaluated whether 42 U.S.C. Section 13981, which provides a federal private right of action for victims of gender-motivated violence, was within the power of Congress to enact under the Commerce Clause. Here, at the case at bar, the underlying activity itself the defendants as employers to illegal immigrants and employees of municipality union as employers who "encouragement and discouragement" of joining the AFLCIO-CalPERS and AFW does not inherently relate to an economic activity, the Court held that it was beyond the authority of Congress to regulate. Like Wickard v. Filburn,317 U.S. 111 (1942) and Gonzales v. Raich, 545 U.S. 1 (2005) the Court reaffirmed the holding that to fall under the acceptable category of laws that "substantially affect commerce because Congress had a rational basis to determine that production of a commodity meant for home consumption, be it wheat or marijuana, could have a substantial effect on supply and demand. In addition, because exempting the use of medical marijuana could undercut enforcement of the Controlled Substances Act, the Court found that the application in this case was within Congress's authority to "make all Laws which shall be necessary and proper" to effectuate its powers. The Wickard case upheld the

application of the Agricultural Adjustment Act of 1938, which was designed to control prices by regulating the volume of wheat moving in interstate commerce. Here at the case at bar, wages are being adjusted for the Agricultural workers, reparations based on the 1994 Amicus Brief which the Supreme Court stated was unconstitutional. The Court must hold, H.R. 1319 American Rescue Plan, Section 5003 is a business plan for sovereign nations specifically Mexico's illegal immigrants in the US and Indian Tribal Regions of the U.S.

Conclusion

In H.R. 1319 American Rescue Plan 2021, Section 5003 Support for Restaurants which started between February 15, 2020, and December 31, 2021, this is segregation of the plaintiff and American Negro's property, their taxes. H.R. 1319 American Rescue Plan 2021 has a mandate to give grants, the plaintiff's taxes his property and convert it to another; the elements meet trespass to chattels by the defendants interfering with plaintiff's right to possession in his chattel dispossession which the defendant's assertion that they had a right to his property (taxes). Their intent is clear in the thirty are so California legislations for illegal immigrants that the plaintiff ff has gone in detail of shows their interference with pass tax dollars and how their "will" became actual ham, here recovery is necessary. For the plaintiff my government has created a constitutional law to give grants to illegal immigrants so they can open a business and as of July 1, 2021, my government the plaintiff their vote did not matter in the 2020 election by sending him an email letting him know the Restaurant Revitalization Award Program was shutting down as of June 14, 2021, see the email below.

2021-07-01 00:00



**Restaurant Revitalization Award Portal**

The U.S. Small Business Administration (SBA) is announcing the closure of the Restaurant Revitalization Fund. Through the American Rescue Plan Act, the SBA launched the Restaurant Revitalization Fund to provide funding to help restaurants and other eligible businesses keep their doors open.  SBA received over 370,000 applications from restaurant owners across the United States.

The program provided critical funding to over 105,000 restaurants representing $28.6 billion dollars. The program supported 3,777 small restaurants with gross receipts of less than $50,000 in 2019

Due to overwhelming demand, the SBA was unable to fund all qualified applications with the original appropriation provided in the American Rescue Plan Act.  These applicants who have not received funding as of this email will have their applications held within the application platform to allow for processing in the order received if additional funds are provided by Congress.

The Restaurant Revitalization Fund application platform will remain open for the next two weeks to allow applicants to check their status, address payment corrections, or ask questions.  The SBA will disable access to the platform on July 14, 2021.

Telephone Support: 844-279-8898

Privacy Policy   Terms of Use        Copyright © Restaurant Revitalization Award Portal Platform.  A  rights reserved

A biker chick named Nancy and a couple of Vato's got together on the corner of Florence and Normandie in Los Angeles to plan a Coup d'état to install their form of government.  DeLeon, Newsom, Durazo, Reyes, Napolitano, Becerra, Padilla, Guardino, Nunes, Congressional Hispanic Conference, Democratic National Committee and some guy named "joe" authoring, supporting and recommending H.R. 1319 American Rescue Plan 2021 has created a seriousness of damages to the plaintiff and American Negro community. In conversion of their property their claim of damages to the chattel (their taxes) is so egregious as to merit the defendant's removal of office and arrest to overthrowing the United States of America and full value in damages in monetary form. The defendants H.R. 1319 American Rescue Plan has interfered with the plaintiff's and American Negro's right to possession un the chattel (their taxes) of a sufficiently serious nature to warrant the defendants pay in full and give the American Negro SBA funding for their businesses and allow them to join the AFU and AFLCIO- CAL-PERS employee unions and find H.R. 1319 American Rescue Plan 2021 unconstitutional and affordable. Now the Court must answer the question concerning a state union member who encouraging illegal immigrants from Mexico and Asia the overthrow of the United States and the discouragement of the American Negro to join the AFLCIO-CalPERS and AFW. The question then is, "What effect, if any does Government Code 19996.22 which provides any employee who has been required, by the appointing power to involuntary reduce his or her worktime contrary to the intent of this article…may file a grievance with the department have the validity of the Governor's executive order instituting mandatory hiring for illegal immigrants

from Asia, Mexico and Central America? To answer this question the Court must consider Governor Gavin Newsom **D** lacks the authority to issue an executive order instituting a mandatory hiring of illegal immigrants as he has in the 2021-2022 California State budget. The Court must hold, Government Code section 19996.22 and the Reduced Worktime Act (Article 1.6) requires that reduced worktime be voluntary. The Legislature has defined "reduced worktime" used in article as "employment of less than 40 hours per week and Government Code subsection 19996.20 and Section 1996.22 makes it clear that reduced worktime must be voluntary. Gov. Code subsection 19996.19 (a)(8) the Reduced Worktime Act, expressly notes that "Employment opportunities are maximized by providing worktime options to a standard workweek. Therefore, the Court must hold H.R. 1319 American Rescue Plan codifies paying illegal immigrants to procreate and S.53 Raise the wage both codify paying illegal immigrants a minimum was of $15 an hour but goes up to $110,000 a year as H1 and H1B visa holders are guaranteed a salary of $110,000 a year. The Court must note that in the 2020 California election, California Democratic party and Silicon Valley Leadership Group were against Proposition 22 which if passed would have "grants to the Legislature 'plenary power, unlimited by any provision of this Constitution' to establish and enforce a complete system of workers' compensation." Proposition 22 removed app-based drivers from the state's system of workers' compensation, and therefore limited the legislature's constitutional power to extend workers' compensation benefits to app-based drivers. Proposition 22 contained a provision that defined amendment to include (a) unequal regulatory burdens between app-based rideshare companies and others performing similar work and (b) laws that allow for organizations, such as unions, to represent app-based drivers in connection with their contractual relationships with companies. Petitioners argued that these provisions are too expansive and "impermissibly usurped this Court's authority to 'say what the law is' by determining what constitutes an 'amendment'", and "impermissibly invaded the Legislature's broad authority to legislate in areas not substantively addressed by the initiative." Here, the defendants chose in 2020 the same year the probably wrote H.R. 1319 and S.53, not to aid, provide and include the American worker into a union organization but they have thirty or so California legislations the plaintiff has shown the Court contain union organization duties and rolls and they use tax both federal and state to pay for it. But like "joe" federally, the Dem's FUCK THE AMERICAN people with state laws and this is activity which does not affect interstate commerce could be regulated if all such activities taken in the aggregate did affect interstate commerce. The Court must hold, H.R.

1319 American Rescue Plan, Section 5003 is a business plan for sovereign nations is a federal constitution that is unconsciously, and the defendants are being charged with the crimes within this cause. Therefore, Proposition 22 is Constitutional and law since there is voter fraud in California since 1994, when the VOTERS approved Proposition 187. H.R. 1319 American Rescue Plan 2021 proves the POWER of the vote in 1994 when the plaintiff and the American Negro voted to prohibit undocumented immigrants residing in California from using public healthcare services except in cases of emergency, social services, and public schools and prohibiting undocumented immigrants certain state and local agencies to report suspected undocumented immigrants to the state attorney general and United States Immigration and Naturalization Service.

(M)

Issue

Can a Cal-PERS-AFLCIO and AFW union members who are city and state employee's "encourage and discourage" illegal immigrants as essential workers.

Answer

No

Rule

H.R. 865 American Jobs First Act of 2021, section 101 Amendments to the immigration and nationality act (B)(II) any trade association or union that represents any person described in subclause. H.R. 865 American Jobs First Act of 2021, section 101, (a) In Admissible Aliens Section 212(n) of the Immigration and Nationality Act (8 U.S.C. 1182(n)) is amended to read as follows: (II) $110,000, if offered not later than 1 year after the date of the enactment of the American Jobs First Act of 2021, which amount shall be annually adjusted for inflation by July 1 of each year

Facts

The illegal immigrant in H.R. 865 American Jobs First Act of 2021, section 101, (a) In Admissible Aliens Section 212(n) is guaranteed to make $110,000 a year.

Conclusion

"joe" president of the United States within his first ten days revoking the **Keystone pipeline** permit, Biden is destroying 11,000 **jobs** and roughly $2 billion in wages and went on the news along with 'joe' Manchin and stated American's were lazy and did not need an additional $300 a week in unemployment and in fact several states stopped the $300 a month for unemployment. The Court needs to note, all 50 Senators in the US voted to H.R. 1319 American Jobs Plan and their companion legislations that are mentioned above. In evaluating H.R. 865 American Jobs First Act of 2021 the Court must reaffirm in your holding that to fall under the acceptable category of laws that "substantially affect commerce," the underlying activity itself must generally be economic or commercial. The Court must rely on its decision in Wickard v. Filburn 317 U.S. 111 (1942), which held that "even if appellee's activity be local and though it may not be regarded as commerce, it may still, whatever its nature, be reached by Congress if it exerts a substantial economic effect on interstate commerce. Moreover, the Wickard case uphold the application of the Agricultural Adjustment Act of 1938, which was designed to control prices by regulating the volume of wheat moving in interstate commerce has the same effect on the commodity of labor, non-union workers and their activity to regulate as a union. Art. I, Section 8, cl. 1 provides that Congress shall have Power to lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts that the illegal immigrant has accumulated and provide for the common defense and general Welfare of the United States citizen; all Duties, Imposts and Excises shall be uniform throughout the United States. Therefore, the Court must hold the minimum wage for American citizens throughout the United States is $110,000 a year for every job. Illegal immigrants per federal law are excluded from federal and state services. H.R. 865 American Jobs First Act of 2021 is unconstitutional and is a "separate but equal" doctrine which is a continuation of "Jim Crow".


(N)

Issue

Based on the 1994 Supreme Court holding in Hoffman Plastic Compounds, Inc. v. NLRB, 535 U.S. 137 and the Democratic National Committee based immigration reform on "HOPE", have they committed 27 years of voter fraud?

Answer

Yes

Rule

In 1787, the founders were attempting to form a union and preserve the nascent United States. This imperfect compromise allowed for preservation of the republic while also confronting the moral and systemic evils of slavery. In 1994 the Hispanic Congressional Caucus formed a union of illegal immigrants this compromise allowed for preservation of the moral and systemic evils of apartheid and codified it as SB54 "essential workers".

Article I, Section 2 of the U.S. Constitution states: "Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons." The "other Persons" were slaves.

Facts

 Social Security in 2012, the fund will begin to draw on its accounting reserves. By the year 2032, the program will have exhausted these reserves and be unable to pay benefits and adding illegal immigrants and giving them credits means there is money going out and it is not being replenished when the plaintiff and American Negro retires, here the plaintiff conversion claim, damages to chattel (SSI) is so egregious as to merit the defendants to repay in full the value of the American Negro's property, their SSI benefits since they pay-as-you-go. The Social Security reform debate is dominated by two basic approaches. The current program structure largely intact is achieved by reforms that reduce benefits and raise payroll taxes. Under the Reconstruction which is Biden-Harris **D** ticket it will require millions of individuals to build personal reserves in private mutual funds or other investments as the State will implement a new law mandating a pension plan that is why H.R. 1319 American Rescue Plan 2012 has it a U.S. Constitution under H.R. 1319 will mandate the plaintiff and American Negro community to pay for the illegal immigrants pension as their job is to collect unemployment and get paid to procreate, little WETBACKS. In the 1970's SSA became responsible for a new program, Supplemental Security Income (SSI). In 1972, Congress federalized the "adult categories" by creating the SSI program and assigned responsibility for it to SSA which SSI created Cost-of-Living -Adjustments (COLAs) which created provisions for increasing Social Security benefits for certain categories of beneficiaries. A minimum retirement benefits; an adjustment to the benefit formula governing early retirement at age 62 for men. For women Medicare to those who have received benefits for at least two years with Chronic Renal Disease;

liberalized the Retirement Test to increase the benefits who delayed retirement past age 65.

Conclusion

In 1996 in an affirmation to the plaintiff and California voters "Welfare reform" legislation, terminated SSI eligibility for most non-citizens. Then the defendants created California's Constitutional laws are, H.R. 5252 specifically for illegal immigrants like California Food Assistance Program of 1997 (AB 1576), Immigration Reform and Responsibility Act 1996, California Food Assistance Program of 1997, Cash Assistance Program 1994 (AB2779), Public Post-Secondary, free exemption for non-resident tuition in 2001 (AB 540), Employment Acceleration Act (SB 1236) in 1998, California Dream Act/Scholarship Eligibility in 2001 (AB 130), California Dream Act/Student Financial Aid in 2011 (AB 131), TRUST Act (AB 4), Medi-Cal Eligibility in 2011 (ABX1 1 and SBX1 1), Retaliation against Immigrant Workers in 2013 (AB 263), Admission to Practice Law in 2013 (AB 1024), Sentencing in 2013 (SB 1310), Registration for Foreign Labor Contracting in 2013 (SB 477), Restoring Higher Education Access and Affordability 2014 (SB 141), Expanding Access to Professional Licenses in 2014 (SB 1159); (SB54) in since 2018 the free Jr college and University of California education for their children until infinity; Domestic Workers Bill of Rights in 2013 (AB 241); Retaliation against Immigrant Workers in 2013 (AB 263); Empowering Immigration to Exercise Rights Under the Law Without Fear of Retaliation in 2013 (SB666); Expanding Access to Professional Licenses (SB1159); Access to Education for Survivors of Crime in 2012 (AB 1899); Restoring Higher Education Access and Affordability in 2013 (AB141); Expanding Access to Higher Education in 2014 (AB2000); Limiting Car Impounding in 2011 (AB353). The Court must hold, in 1996 Welfare reform" legislation, terminated SSI eligibility for most non-citizens the above California Legislations are unconstitutional. Also, the courts holding in Hoffman Plastic Compounds, Inc. v. NLRB, 535 U.S. 137 made it clear illegal immigrants are not due back pay nor reparations as written in the federal laws H.R. 1319 American Rescue Plan, S.53 Raise the Wage Act or H.R. 1177 Citizen Act.

(O)

Issue

California and Gavin Newsom school finance system does not provide the same level of local control and fiscal flexibility in all school districts.

Answer

Yes

Facts

This California system of financing public education with its heavy reliance on local property taxes of substantial inter-district disparities in public education's per- pupil expenditures resulting primarily from differences in taxable property values among the districts. The parents of this cause are American Negro citizens whose children attend public schools in Oakland, Redwood City, Newark, Stockton and Richmond School Districts compared to the federal funding and Silicon Valley Leadership Groups and Homeland Security financing schools for illegal immigrants using federal funds and property taxes from within the State who reside "townships" of illegal immigrants who have no tax base and are not their constituents.  In 2008 in a study conducted by The Atlantic Journal-Constitution entitled "educating illegal immigrants is costly" that in 2008 11.2 million illegal immigrants who had children were living in the United States and California had 2.7 million with Texas not far behind with 1.4 million. In 2008 a Pew study found children of illegal immigrants in grade kindergarten through grade 12 increased 12 percent and the average total per-pupal funding from all revenue sources was $12,028. Therefore, if the Court multiplies $12,028 by the roughly 3.7 million students with illegal-immigrant parents, then one gets a national total funding cost of $44.5 billion of the American Negro's tax dollar that their child is not receiving the same unequal public education when considering all revenue sources. The California statewide minimum funding school program is unconstitutional. In California, total funding per American citizen of all races, these pupils from all state, federal and local revenue sources was $11,649. With roughly 923,000 students in the state with illegal-immigrant parents, these students represented a total cost of nearly $10.8 billion out of a total 2008 k-12 education budget of $72 billion. An important caveat is that these totals rely on average per-pupil funding numbers. The American citizens child in 2008 was getting a worse education than the illegal immigrant as the American citizens child received -$379 less than the California's calculation in State funding per-pupal. California's spending comparison between city and rural school districts is a system of financing public education by taxing the American citizen for education for the illegal immigrants which operates to the disadvantage of the American citizens children of some suspect classes or impinges upon a fundamental right explicitly or implicitly protected by the Constitution, thereby requiring strict judicial scrutiny. Therefore, the Court must decide whether the California system of financing public education operates to the disadvantage of the American Negro children who are of

suspect classes or impinges upon the fundamental rights explicitly or implicitly protected by the Constitution, thereby requiring strict judicial scrutiny. This is the case as presented by the plaintiff and the California scheme under the Italian American Slut Nancy Pelosi and the Grand Wizard of the Ku Klux Klan Governor Newsom must be examined to determine whether their legislations rationally further some legitimate, articulates state purpose. The Court will conclude their legislations constitute an invidious discrimination in violation of the equal Protection Clause of the Fourteen the Amendment.

Rule

Brown v. Board of Education recognized that education is perhaps the most important function of state and local governments. The importance of a service performed by the state is fundamental in assessing whether there is a right to education explicitly y on implicitly guaranteed by the Constitution. Eisenstadt v. Baird held s citizen has a constitutionally protected right to participate in elections; Dunn v. Blumstein the constitutional underpinnings of the right to equal treatment in the voting process; Chicago Police Dept. v. Mosley their anti-picketing ordinance violated the First Amendment and Skinner v. Oklahoma applied strict scrutiny to a forced sterilization law it was held violated personal privacy protected rights under the constitution.

Conclusion

The Court threshold questions must include whether it makes a difference for purposes of consideration under the Constitution that the class od disadvantaged American Negro "poor" cannot be identified or defined in customary equal protection terms, and whether the relative rather than the absolute nature of the asserted deprivation is of significant consequence. California's laws are subject to strict scrutiny and the threshold considerations must be analyzed more closely in three ways in which discrimination is described. The California system of school finance discrimination (1) against the American Negro "poor" whose income has fallen the 1994 poverty line $7,390 and 1995 poverty line $7,470, which was unchanged in 1996 through the 1990; the poverty line in 2021 Is $12,880 per person (2) against those who are relatively poorer than others, or (3) in relatively poorer school districts. Here Gavin Newsom uses the map below from the recent census that he is only including rural areas in the California State Budget of 2020, and beyond which impacts local schools' districts of disenfranchising the parents vote; as well as their child education through discrimination in school finance system does not provide the same level of local control and fiscal flexibility in all school districts in the State of California. See the census exhibits (A) below of maps from the recent census the grand wizard of the Ku Klux Klan is using to

discriminate in education in California. In exhibit (B) is the City of Newark and it only identifies four streets that qualify for federal funding and these streets are where illegal immigrants live. Throughout the State of California's map, they are using to spend federal and state funding only in illegal immigrant communities the defendants set up as they invited the entire Central American counties people to illegally immigrate to the US and now the American Negro is providing welfare through taxes and the defendants discriminate in school funding as defined above. The Court must grant an injunction to stop this unconstitutional spending on illegal immigrants. It is the cause before the Court that poverty level applies to the American people when it comes to spending federal and state funding; therefore, spending the American tax dollars on illegal immigrants is in violation of the Constitution on tax fraud and treason by Aryan Newsom and Whore Nancy Pelosi and needs to be taken into custody by the US military until their military tribunal is held.



Is the census tract identified as a low-income community? ⊗

Is the census tract identified as a low-income community? Low-income community designation follows the Targeted EIDL Advance definitions provided by US SBA. Eligibility definitions were applied sequentially. So for example, if a census tract would be identified as low population or within a high migration rural county (which each have specific criteria under which a tract could qualify), if that same tract had already met the poverty or income levels in preceding criteria, it is designated as low-income. Underlying data comes from the 2015-2019 Census American Community Survey (ACS) with the exception of data for American Samoa, Northern Mariana Islands, Guam and US Virgin Islands which comes from the 2010 Decennial Census. Some tracts may show a value of insufficient Data for particular variables when the data was not available from the Census. Some tracts may show a value of N/A for particular variables. In these cases, the variable was not applicable to the selected tract in order to determine eligibility.

(B) exhibit





(P)

Issue

DACA is in violation of the Commerce Clause.

Answer

Yes

Facts

Based on that DACA violates the Contract Clause which impose limits upon the power of a State to abridge existing contractual relationships, even in the exercise of its otherwise legitimate police power.  The narrow view that the Clause forbids only state laws that diminish the duties of a contractual obligor and not laws that increase them, Satterlee v. Mattewson, 2 Pet. 380.  Continuing their independent contract's, the defendants in 2014, established a similar process for parents of citizens and lawful permanent residents as well as expanding DACA by making more people eligible. The new program was known as the Deferred Action for Parents of Americans and Lawful Permanent Residents (DAPA) program. The Court must view the defendant's actions as Embezzlement of Federal Funds which converts plaintiff's tax dollars and applies it to a foreign national in the United States illegally and under California law. When legislature itself seeks to act as executor of its own laws, it is no longer legislating and is no more immune from process than administrative officials it supersedes. The legislative committee members have no immunity against proceeding to enjoin its interference with local school cases in federal court; ordered desegregation efforts. Bush v Orleans Parish School Bd. (1960, ED La) 188 F Supp 916,  (1961) 365 US 569, 5 L Ed 2d 806, 81 S Ct 754. The defendants acts are to reapportion district votes by allowing the mass migration of illegal immigrants between 2016 and 2020 in which the encouraged and then give illegal Mexican and Central American national federal and state benefits; as well as, immunity for crimes committed. The Plaintiff is alleging that failure of defendants to reapportion districts after the requested mass migration from Central America and Mexico, the defendants need  to adjust to population shifts deprived plaintiff of due process and equal protection of law in his right of suffrage. Dyer v Abe (1956, DC Hawaii) 138 F Supp 220, revd on other grounds (1958, CA9 Hawaii) 256 F2d 728.  The defendants "schemozzle" with financing of the illegal immigrant community involves the CDSS.  Some of the immigrant services are financed from the California General Fund and some through The CARES ACT and soon to be the Heroes Act of 2020. In the 2020

California Budget are several budget lines for illegal immigrant services in California and the CDSS; their premise reflects the cost of providing services to immigrants who reside in California. These services include (1.) assistant to help applicants obtain DACA or other immigration remedies, (2.) assistance to help applicants with naturalization, (3.) legal training and technical assistance to CDSS contractors that provide immigration legal services to these applicants, (4.) education outreach activities to immigrant communities about DACA or other immigration remedies for naturalization.

Rule

Affirmative action which allows under Title VII of the Civil Rights Act, you cannot base a hiring decision, in whole or in part, on a person's race or gender.

Conclusion

California has an estimated 2 million immigrants living in the country illegally. Since 2015-'16 the state currently provides the Department of Social Services (DSS) with $45 million ongoing General Fund for the Immigration Services Funding program. Under this program, DSS contracts with nonprofit organizations (legal service providers) to help immigrants of all ages free of charge. Common services include (1) providing community-based outreach and education to immigrants (such as through "know your rights" presentations), (2) application assistance for immigrants seeking to become naturalized citizens, (3) consultations for undocumented individuals to discuss with an attorney options for obtaining legal immigration status (such as applying for a visa), (4) assistance with renewing DACA status, and (5) legal representation for undocumented immigrants facing deportation. In 2018-19, the Immigration Services Funding program served 206,000 individuals through community-based outreach and education services. According to DSS, a smaller number of people received one-on-one services, including legal consultations, DACA renewal assistance, and representation in deportation proceedings. The Immigration Services Funding program likely serves some college students and employees. The defendants are Funding Immigrant Legal Services Specifically for College Students. California's three public higher education segments collectively serve tens of thousands of undocumented students. Specifically, CCC serves an estimated 50,000 to 70,000 undocumented students, CSU serves about 10,000, and UC serves about 4,000. In 2018-19, the state began providing General Fund support for each of these three segments to

offer legal services to these and other immigrant students (as well as employees). The primary purpose of the programs is to increase students' access to these services by placing attorneys and other legal staff on campuses. The amount of funding provided, the agency administering the programs, the types of services provided, and the status of program implementation vary by segment, as described in the next section. Below is an implementation of each segment's immigrant legal services programs.

| | CCC | CSU | UC |
|---|---|---|---|
| State Funding | $10 million one time (2018-19) | $7 million one time (2018-19) $7 million ongoing (beginning 2019-20) | $4 million one time (2018-19) |
| Administering Agency | DSS | DSS | UC |
| Eligible Clients | Students and employees | Students and employees | Students and family members |
| Services | Basic services | Basic services | Wider range of services |

DSS = Department of Social Services.



**California and Illegal Immigration**

12% of U.S. population

21% of U.S. illegal alien population

26% of overall national cost to state taxpayers

Contracts Awarded Over Multiyear Period are below. DSS' contracts with the nine providers total $9.5 million and run through January 30, 2022. The Court must hold, DACA, deferred actions childhood arrivals is unconstitutional, and the plaintiff request a stay of all DACA funding federal and state until the Court can determine the constitutionality of such a draconian law. DACA is unconstitutional, current law the defendants are aware that it precludes immigrants from becoming state chattel by shielding them from the current laws. A Negro child arrested is usually charged as an adult and given a harsh sentence for the minor crimes DACA has shielded the foreign aliens from, which violates the plaintiff Fifth Amendment and due process rights. The budgets above for the

California Community Colleges (CCC; the California State University (CSU) and University of California (UC) are all for illegal immigrant funding and do not reflect a budget for the American people.

(Q)

Issue

Kamila Harris is passing as White.

Answer

Yes

Rule

Stanford historian Allyson Hobbs was talking with a favorite aunt, "She was black, but she looked white, it is in her best interest to move far away from an American Negro, and to assume the life of a white woman. People have used white passing to their advantage for safety and opportunities (like education, jobs or travel access) that implies a person is actively trying to distance themselves from their heritage, or purposefully deceive others, getting by undetected. It carries with it a notion of shame, opportunism and dishonesty.

Fact

Kamila Harris is a Negro, and She feels she doesn't want to live as a black woman in California. Kamila Harris has PASSED a service of laws killing off the American Negro race and as a white woman she is able to segregate as this is her new lifestyle. The Court must hold Kamila Harris is mentally regarded as she is passing as white. Her mental retardation showed when she makes the comment American is not racist. "joe" called a fifty plus year old American Negro "boy" in a news conference. "joe" some white guy is a racist just like America is a racist county under the Biden/Harris ticket.

Conclusion

Kamila Harris is a Black woman passing a white; therefor Kamila Harris is mentally retarded and needs to be removed from office as her mental retardation has created legislation that kills off the American Negro race. Kamila Harris is a retard, full stop. The Court must hold plaintiff she needs to produce her birth certificate to prove she is passing as white.

(R)

Issue

California's AB 550 Public Postsecondary Education for illegal immigrants, free college tuition is unconstitutional and in violation of Proposition 187, Affirmative Action which allows under Title VII of the Civil Rights Act

Answer

Yes

Rule

Title VII of the Civil Rights Act, you cannot base a hiring decision, in whole or in part, on a person's race or gender. In addition, One California is in violation under Executive Order 11246, a college or university must take affirmative steps to ensure its hiring practices are fair, equitable, and free from discrimination.  in 2018 the Regents of University of California v. DHS and the State of California files a Supreme Court brief in representing illegal immigrants for affirmative action laws for illegal immigrants, 2019 in the law allows an earned income tax credit against personal income tax and a payment from the Tax Relief and Refund Account for immigrant undocumented and in 2019 the Regents of University of California v. DHS and the State of California files a second Supreme Court representing illegal immigrants affirmative laws for education and every state(s) health and food stamp benefits.

Facts

The defendant's legislative actions cause and has caused the diminution of American jobs and wages in such that they impair and disrupt the employment market by filling all jobs with illegal immigrants. These legislations impair and disrupt the market of goods flowing from or into the world's marketplaces. For example, the defendant's legislations are all are codified as, the California Constitution. On October 5, 2017, the defendants, approved California Senate Bill No.54 which prohibit state and local law enforcement agencies, including school police and security departments, from investigate, interrogate, detain, detect, or arrest persons. This legislation was passed one day after the Unites States Congress passes Senate Bill S.1917, Sentencing Reform and Corrections Acts of 2017. Section 104 it has a **shall apply**… that allows for the state to

enforce this law on any offences prior to the enactment of Senate Bill S.1917. Therefore, any black man like the plaintiff, if charged with any crime prior to the enactment of Senate Bill S.1917 must answer to this law's standard, evidence standards and the "intent" clauses of that law based on those actions' months or years prior to the law going into effect. California law, SB54 was written by the democratic leaders. Senate Bill S.1917 was co-sponsored by the democratic party. Senators Diane Feinstein and Senator Kamila Harris, both democrats supported two bills.

The Superior Court of California sustained respondent's challenge, holding that petitioner's program violated the California Constitution, Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.*, and the Equal Protection Clause of the Fourteenth Amendment.  In REGENTS OF the UNIVERSITY OF CALIFORNIA v. Allan Bakke, the California court held, by prohibiting the consideration of race only in passing upon Bakke's application.  It must be remembered, however, that defendants my cross-complaint that its special program was constitutional. The Court must hold, the special program for illegal immigrants is unlawful and it has been affirmed by the California Supreme Court. There should be no doubt that the reason for the Courts holding is that the defendants use of race in consideration of *any* candidate's application is unconstitutional. Moreover, in explaining the scope of its holding, the court clearly state that the defendants are prohibited from taking race into account in any way in making admissions decisions. Therefore, the defendants are in violation of California law against affirmative action. The defendants amended their states constitution with laws listed above in these complaints and created memorandums as state actors, as employers for the illegal immigrants from Mexico and Central America.

The defendant's legislation known as DACA, SB4 and DAPA were created from amendments and memorandums which have been implemented into law with racial inequalities that exist through the documents which discriminates against American who are not racially a Mexican or Central American, illegally in the U.S. The defendants discriminate in employment, the defendants discriminate in education, the defendants discriminate in educational funding, the defendants discriminate in mental health, the discriminate in choosing what race of people to spend federal tax dollars. The defendants must clarify with certainty, that in SB54 it has the immigrant as essential. This alone is discrimination in the workplace, education, housing, and false advertising. One reason for SB54 is the lack of

human intelligence of the Mexican and Central American; in the defendants view affirmative action considering varying poised levels of intellectual ability can be factors for the illegal treason's activities. It seems highly likely to the plaintiff genes and the Central American and Mexico environments have a lot to do with the race needed racial prefaces, CAFTA results in that region is a perfect example. DACA, SB54 and DAPA violate the plaintiff's Fourteenth Amendment rights, that no state should make or enforce any law which shall abridge the privilege and immunities of the citizen of the United States. The defendant's legislation above specifically for illegal immigrants grants them privileges for public employees who have full freedom of association, to self-organize and the defendants have chosen through their Supreme Court writs and California legislation for the purposes of wage negotiation, labor standards and hours as if they were the defendants' employees. The defendants even pay each illegal immigrant with a Cash Assistance Program set up in 1998. The Cash Assistance for immigrants is a state funded program by the revenue generated by the states sales taxes that provides $834 to $1400 monthly cash benefits to illegal immigrants from Mexico and Central America, who are in the country illegally.

Conclusion

The defendant's AB540 legislation is unconstitutional based on the bilingual qualification, is a pretext for discrimination based on race, national origin, or other unlawful discrimination in employment.  The defendants have created a contract for the benefits of the defendants by paying illegal immigrants' tuition out of the American Negro taxes and them the American Negro is precluded from the benefits of their taxes. Including a prerequisite of AB540 free college tuition that an employee be bilingual for the purpose of receiving such benefits a bilingual hiring requirement violates affirmative action.  Another contractual obligation is in defendants Napolitano's memorandum dated June 15, 2012. In her official capacity as Secretary of Homeland Security, the (DHS) implemented the Deferred Action for Childhood Arrivals (DACA) program, along with criteria for determining when prosecutors can choose not to enforce immigration laws. Based on that DACA violates the Contract Clause which impose limits upon the power of a State to abridge existing contractual relationships, even in the exercise of its otherwise legitimate police power.  The narrow view that the Clause forbids only state laws that diminish the duties of a contractual obligor and not laws that increase them, Satterlee v. Mattewson, 2 Pet. 380.  Continuing their independent contract's, the defendants in 2014, established a similar process for parents of

citizens and lawful permanent residents as well as expanding DACA by making more people eligible. The new program was known as the Deferred Action for Parents of Americans and Lawful Permanent Residents (DAPA) program. The Court must view the defendant's actions as Embezzlement of Federal Funds which converts plaintiff's tax dollars and applies it to a foreign national in the United States illegally and under California law. When legislature itself seeks to act as executor of its own laws, it is no longer legislating and is no more immune from process than administrative officials it supersedes. The legislative committee members have no immunity against proceeding to enjoin its interference with local school cases in federal court; ordered desegregation efforts. Bush v Orleans Parish School Bd. (1960, ED La) 188 F Supp 916,  (1961) 365 US 569, 5 L Ed 2d 806, 81 S Ct 754. The defendants acts are to reapportion district votes by allowing the mass migration of illegal immigrants between 2016 and 2020 in which the encouraged and then give illegal Mexican and Central American national federal and state benefits; as well as, immunity for crimes committed. The Plaintiff is alleging that the defendants reapportion districts prior to January 2021, and they requested mass migration from Central America and Mexico and now they were giving them free education and healthcare. This is an effort of the defendants to adjust to population shifts in certain districts in doing so deprived plaintiff of due process and equal protection of law in his right of suffrage. Dyer v Abe (1956, DC Hawaii) 138 F Supp 220, revd on other grounds (1958, CA9 Hawaii) 256 F2d 728.

This entire illegal funding of foreign nationals is illegal, and they are supported by the United States Government employees, who are the defendants in these claims. The defendants as state and city employees are guilty of segregation and in violation of Affirmative Action in the workplace and of Treason; as well as, they violate California's AB 781 which is the Dymally-Alatorre Bilingual Services Act including any requirement that an employee be bilingual, as a pretext for discrimination on the basis of race, national origin, or other unlawful discrimination in employment, including specifically any requirement that an employee be bilingual and  bilingual hiring requirements; as well as, § 11011 Affirmative Action Programs.

The defendant's actions violate the plaintiff's and the Negro race's Thirteenth Amendment rights to limit the applications of funding and financial welfare and all state services to DACA, DAPA, the sanctuary city and The Dreams Act and other illegal immigrant services. These state actions by the defendants are all

racial discriminations upon the plaintiff and the Negro race. The defendant's legislation furnished for the "private" us of a foreign people to use for their enjoyment and given American jobs, finance their education and paid for by the plaintiff and his Negro race, healthcare is paid for by the plaintiff and the illegal immigrants are encored to buy and sell real property and all while given immunity to never be tried or accused for any state or federal crime. This is in violation of affirmative action laws in California. DACA is unconstitutional and the plaintiff request a stay in the form of a preliminary injunction until the Court can determine the constitutionality of this WETBACK law.

(S)

Issue

Qualified Immunity for city employees is in violation of the constitution.

Answer

Yes

Rule

In court holdings like Harlow v. Fitzgerald (1982), the court established that a plaintiff could overcome qualified immunity only by showing that the defendant's conduct violated clearly established statutory or constitutional rights of which a reasonable person would have known. Since Harlow, the court has applied the doctrine in three distinct ways that have made it more favorable to government defendants. First, in order to show that the law was clearly established, the court has generally required plaintiffs to point to an already existing judicial decision, with substantially similar facts. Second, in Pearson v. Callahan (2009), the Supreme Court altered the way in which courts apply the doctrine in a manner that created a significant obstacle for civil rights plaintiffs. In an earlier decision, Saucier v. Katz (2001), the high court had held that when assessing a qualified immunity defense, courts must first determine whether there was a violation of a constitutional right and then move on to analyze whether the law was clearly established. But in *Pearson* holding, the justices reversed course, allowing courts to grant qualified immunity based only on the clearly established prong and without ever determining if there was a constitutional violation. Third, the 1986

decision, the court famously wrote that qualified immunity protects all but the
plainly incompetent or those who knowingly violate the law. Since then, the
Supreme Court has stated that a police officer's conduct is to be judged on the
basis of "any reasonable officer" or every reasonable official  that in order for a
plaintiff to overcome qualified immunity. The right violated must be so clear that
its violation in the plaintiff's case would have been obvious not just to the average
'reasonable officer' but to the least informed, least reasonable 'reasonable officer.
The Court must hold, thus far the plaintiff has met the burden of proof of the
unconstitutionality of the defendant's legislations offer them no immunity for
their legislative actions. The memorandums the defendants wrote for the
immigrants, which are federal employees operating in the sphere of state rights
issues which their actions fall under the Pearson holding, the defendants are "all
but the plainly incompetent or those who knowingly violate the law."

Facts

The qualified immunity by the Court for a state rights claim is a product of
statutory interpretation and not that of a constitutional guarantee.  Therefore the
Court must hold the justifications for qualified immunity by a city or state
employee for foreign national is to minimize the social cost of claims and the lack
of city officials to prosecute a illegal immigrant from Mexico and of course the
cost of litigation. On the other hand when the plaintiff and the Negro race are
burdened with time away from one's work and the constant threats by he court to
take a plea or else go to prison is discriminatory in work procedure and practices.
Clearly the defendants legislation giving qualified immunity gives the
municipalities after a crime by the employee has been committed it amounts to a
legal timeout to readjust policies but not procedures within that city or state
agency. There is a **shall not**… defense in the Qualified Immunity doctrine,
immunity to any action brought under this section that the police office was acting
in good faith, or that the defendant believed, reasonably or otherwise, that his or
her conduct was lawful at the time when it was committed. The plaintiff has
successfully challenged the qualified immunity doctrine and the Court must hold
the defendants qualified immunity doctrine is invalid and unconstitutional.

Conclusion

Currently there is a national immunity by a white man for a white man and it was
issued by the Supreme Court regarding  states employees activities, then there is

the police man bill of rights created by 'joe' Congress, and then there is immunity from the defendants for and Free, Free, Free for the illegal immigrant; and there is no distinction of the above laws for state's employees or between what is truly national law or what is truly states laws. The federal branches of government and federal employees are waddling in the waters of states rights issues and the states are creating federal immigration and federal banking laws, therefore a democratic county has create ad hoc legislation for an illegal immigrant race of people from Mexico and Central America. Congress and the Courts are the only authority when it comes to the making  laws related to the Commerce Clause and by Congress not acting on crating legislation to stop states police from killing Negro's ,mutual combat is a constitutional right. This complaint is seeking to regulate limited use of mutual combat until the threat stops or until they are made to stop and that goes for police, state actors, partners, private parties, immigrants as vendors and vendors in all fifty states. To continue the immunity for California police, there is California Codes Government Code Section 3300-3311, Police Officers Bill of Rights. That is three different immunities the white man has given the white man to kill a Negro while working for a city or state agencies.  The Supreme Court has written guidelines on how to make it harder for a defendant to prevail in the initial investigative stage of a criminal action by a state employee. The Supreme Courts' ad hoc, immunity doctrine is written and amended to offer states work guidance's for city(s) employee's, which violates Section 8(a)(1) of the Act makes it an unfair labor practice for an employer to interfere with, restrain, or coerce employees in the exercise of the rights guaranteed in Section 7 of the Act. The Supreme Court implied a promise of benefits by soliciting grievances from cities employees, possibly, and likely all the 19,495 incorporated cities, towns and in California. The city(s) employee's negotiations with their unions organizing campaigns and during these union negotiations the United States Supreme Court solicited the union members and offered a ad hoc immunity for crimes not even committed while working for each 19,495 cities, towns, and villages. The Court must hold, the United States Supreme Court conferred violated Section (8)(3) and violated Affirmative Action for California employees.  The United States Supreme Court put into effect by official proclamation, by drafting immunity to maintain, or enforce work rules that reasonably tend to inhibit city(s) employees from exercising their rights under the Act. the United States Supreme Court initiated, solicited state(s) employees to support a decertification or union petition. Employees have the right to unionize, to join to advance their interests as employees, and to refrain from such activity, they also have the right not to include

private citizens in their police unions. The United States Supreme Court, interfered with, and restrained, and coerced city(s) employees in the exercise of their rights. Therefore, the Unites States Supreme Court is in violation of the Commerce Clause. Therefore, Qualified Immunity Doctrine offered by the United States Supreme Court which gives city employees immunity is unconstitutional.  Justice Harlan's quotations from the legislative history, in which he emphasizes words like "merely," "solely," and "only," appear to be directed at showing that Congress was concerned with cases in which employers differentiated among their employees on the basis of the employees' involvement in Section 7 activities. The Supreme Courts, Qualified Immunity Doctrine is a restriction on the plaintiff and the Negro's Constitutional rights. Plaintiff complaints deals with the defendants discrimination and segregation legislations which offers to regulate commerce with foreign nations, and among the several states. The definition of discrimination under Section (a)(3) is any change by an employer of the employment conditions of its employees caused by the exercise by employees of rights protected under Section 7 of the Act.  And the plaintiff's view is that differential employer treatment of employees because of their exercise of Section 7 rights is not required for a finding of discrimination.  The definition of "discrimination" is supported by both legislative intent and the decided cases. Furthermore, "discrimination," so defined, contributes to making Section 8 (a) (3) an instrument for achieving its intended policy objectives and frees its implementation from considerations that are irrelevant to the achievement of those objectives.  Simply put Section 8 (a) (3), defines discrimination as employer treatment of employees caused by the fact that employees "engaged in protected concerted activity," i.e., exercised their Section 7 rights.

(T)

Issue

Can a city employee give immunity to a foreign national?

Answer

No

Rule

California Codes Government Code Section 3300-3311, 3302 (a); Section 8(a) (3) unfair labor practice, discrimination and discouragement of union membership, into one; Section 7 rights; Radio Officers v. Labor Board, 347 U.S. 17, at 43.

Facts

Is this an appalling use of police powers to assume, a city employee can offer immunity to a foreign national? There are many instances of cities giving employee's immunities and for an attorney general, DeLeon to amend the States Constitution will yield the similar immunities of segregation to the plaintiff and the Negro race if other cities offer their employees offer immunity rights to foreign nationals. He's basically asking other city officials to institute segregation in their cities. For example, the many recent instances of police killing of civilians when police officer Darren Wilson shot Michael Brown in Ferguson, Missouri, or when police officer Daniel Pantaleo choked Eric Garner to death on a Staten Island street, or when Baltimore police officers killed Freddie Gray while driving him to jail, or when police officer Peter Liang shot Akai Gurley in the stairwell of a New York apartment building, or when police officer Jeronimo Yanez shot Philando Castile during a traffic stop in suburban St. Paul, or when police officer Jeffrey Cook and police officer Omar Thyme shot Alexia Christian in the back of an Atlanta police car, or when five police officers shot and killed Kisha Michael in her car while she was unconscious. In the plaintiff research for these complaints police union leaders believe they are legally and morally obliged to advocate for their members, including those accused of misconduct, and to resist efforts to strengthen the power of management to discipline officers. In part because union leaders are elected by the membership, many are reluctant to publicly question the legality of their members' behavior, and some dismiss criticisms as reflecting anti-police attitudes. Therefore, the question to the Court is, if the police will not be accountable for their actions how do the defendants assure the plaintiff and the citizens of California the actions of the illegal immigrants will not constitute violations of state of federal laws? The Court must view

the defendant's legislative acts in the light of reasonableness. If the Court looks at each of the plaintiff's complaints the reasonableness the defendants using "essential workers" seems to refer to that of the efforts the defendants went to, to obtain employment for the illegal immigrants. The recklessness of the American political elect in California not to vet, let alone look into the background of the foreign national is unconstitutional, because the defendants cannot create their own foreign policies or amend immigration law. If the Court concludes the defendants cannot offer immunity to a foreign national under their contractual obligations of SB54 and AB1310. The Court must hold, the defendants are state and federal employees. As such are member of a union collective bargaining agreement for their positions. The defendant's employee, the police are required to make efforts to include illegal immigrants into their [member only union] the defendants themselves union members as state and federal employees. Some senators, other police, some are even legislative members of the state of California. Under their contracts, SB54 and AB1310 are required to make "such efforts" with desired employment for the illegal immigrant not only is desiring of employment for them, but that a particular time and place is expressed, as "essential workers". The defendants have not offered the "essential workers" statues to the American Caucasian, the "essential workers" statues is not offered to the American East Indian; the "essential worker" status is not offered to the American Negro; the "essential worker" status is not offered to the American Asian; the "essential worker" status is not offered to the American Pacific Islander; the "essential worker" status is not offered to the American Korean nor is the "essential worker" a American Trans. With all the Americans living in California somehow the defendants all American. California law has made the American needy to an illegal wetback, from Mexico. In Harris v. National Union, ect supra 116, Cal.App.2d 759, 761, there the issue was whether comparable employee was open to each plaintiff employee. Similar to the case at bar, the defendants have compared skills sets of the police and immigrants have agreed both to be compatible is skills and gave them both the same immunity; they align the financial scheme with

Calfire grants continuing the employment comparisons. In the
Harris v. Nat. Union, the Court held the trial Court sustained an
objection to an offer to prove a custom of accepting a job in lower
rank when work for higher rank was not available. The defendants
efforts to obtain employment for the illegal immigrants is a
depravation of their employee, the police rights. The infringement
of their employee's rights is held under their collective bargaining
agreements they have with their individual city or state agencies
which are original covenants to their employment. The defendants
might be liable for the city's police agencies contractual
obligations to their police departments. If the police office who has
an original contract with his employer. As a result of SB54 and
AB1310 is a new covenant that then converts the availability to
new employment to the police officer. SB54 and AB1310 add new
duties to their original covenant then the police office now has
"other duties" he/she must perform per SB54 and AB1310 which
rely upon their employment immunity to be passed on to the illegal
immigrant. In the language SB54 , the text states in the first
paragraph, "By imposing additional duties on public schools and
local law enforcement agencies, this bill would impose a state-
mandated local program." "The California Constitution requires
the state to reimburse local agencies and school districts for certain
costs mandated by the state. Statutory provisions establish
procedures for making that reimbursement."
This complaint is for the police officers in California from October 5, 2107 to
August 14, 2020 when these complaints were written. SB54 mandates certain
costs, the Court must hold SB54 does reimburse local and state police officer for
their individual work. Under the police unions collective bargaining agreements,
the police must be reimbursed accordingly since the governor approved the
legislation of SB54 on October 5, 2017. California's Department of Industrial
Relations allows for waiting time penalties. For example, aside from the police
officers' regular duties. SB54 and AB1310 as worded in the text of the bills, "the
state to reimburse local agencies and school districts for certain costs mandated by
the state." On average how many times has a police office given immunity to
illegal immigrants; that is based on how many encounters with the illegal
immigrant. If that number is for example ten times per month, that is 120 times a
year work was performed, and in adhering to SB54 that encounter must end in
given the illegal immigrant immunity. That part of the officer's job was not in their

original collective bargaining agreements they entered with the city in which they work for.


Conclusion

The Court does realize, a city employee's (police) are offing sovereign immunity to a foreign national for past crimes, future crimes and current crimes, these action by a city employee is a crime and California Legislation SB54 is not a valid law and unconstitutional. For example, California's SB54 which gives immunity to illegal immigrants was approved by the Governor on October 5, 2017, a day earlier Congress introduced the Sentencing Reform and Corrections Act on October 4, 2017. The defendant's knowing Congress was going to pass a bill which had mandatory minimum sentences for crimes; they specifically created a California law so the plaintiff an American Negro and the Negro race would be the default criminal for all crimes. Then the defendants offer immunity to a foreign national who's in immigrant deportation status, the defendants are guilty of 18 U.S. Code § 1581 peonage; Legislation SB54 is obstructing enforcement state and federal laws so that the illegal immigrant from Mexico and Central American are not charged with crimes; and unconstitutionally giving them sovereign immunity. Within the defendant's covenants there is a mythical label to the illegal immigrant as an essential worker which is the defendant's authority for employers in state and private sector jobs to hire, educate, provide free monthly income, and provide health care to the illegal immigrant. The defendants provide no protections from state and city employees who are able to murder Negro's indiscriminately, there's no immunity to stop killing the plaintiff's Negro race. The defendants are guilty of (a) whoever holds or returns any person to a condition of peonage or arrests any person with the intent of placing him in or returning him to a condition of peonage, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both. (b) whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a). This is unconstitutional, just like slavery had to be outlawed, here we go again dealing with laws of peonage in the state of California. The defendants created two paths of citizenship based on their legislative laws, one leading towards citizenship for the illegal immigrants and the other is mandatory death for the Negro race, which is done under the color of the law. Another

example, SB1310 written by the defendants in 2014 it changes a misdemeanor sentence from 365 days which is a year to 364 days. A year later, Congress passed HR 3713 it is the Sentencing Reform Act of 2015 and defines a felony that if anyone is sentence to 12 months it is an automatic felony and if two or more convictions a person can get life in prison.   The Courts legislative history supports the plaintiff view that by discrimination used to define the unfair labor practice of Section 8 (a) (3) meant only employer treatment of employees; who cannot discriminate against a citizen; as used in Section 8(a) (3).   To stop a citizen from the right to form, join, or assist labor organizations of allow that employee to grant immunity to a foreign national citizen from any U.S. law or arresting that individual for violating any U.S. law, the defendants must brant the plaintiff and the Negro race immunity similar to the race of the foreign national. Congress distinguished between employer's treatment of employees caused by employee's exercise of Section 7 rights and treatment caused by other reasons, and that it understood that only the former was "discrimination" for the purposes of Section 8(a) (3). The Court must hold the defendants are guilty of discrimination as to the treatment caused by other reasons and city and state employees do not have any constitutional right to give immunity to a foreign national by encouragement that the illegal immigrant from Mexico and Central America should have the same immunities as the city employee does. The union members are and encouraged to grant the illegal immigrant the same workplace standards as only those union members have, which is unconstitutional.

(U)
Issue
CHAP. XC.–An Act to establish a Bureau for the Relief of Freedmen and Refugees is the Constitution and H.R. 1319; Heroes Act, CARES Act, H.R. 1177, H.R. 4502, H.R. 1603, H.R. 3590, S.53 and H.R. 5460 are unconstitutional.

Answer
Yes

Rule
CHAP. XC.–An Act to establish a Bureau for the Relief of Freedmen and Refugees, *enacted by* the Senate and House of Representatives of the United States of America in Congress assembled, That there is hereby established in the War Department, to continue during the present war of rebellion, and for one year

thereafter, a bureau of refugees, freedmen, and abandoned lands, to which shall be committed, as hereinafter provided, the supervision and management of all abandoned lands, and the control of all subjects relating to refugees and freedmen from rebel states, or from any district of country within the territory embraced in the operations of the army, under such rules and regulations as may be prescribed by the head of the bureau and approved by the President. The said bureau shall be under the management and control of a commissioner to be appointed by the President, by and with the advice and consent of the Senate, whose compensation shall be three thousand dollars per annum, and such number of clerks as may be assigned to him by the Secretary of War, not exceeding one chief clerk, two of the fourth class, two of the third class, and five of the first class. And the commissioner and all persons appointed under this act, shall, before entering upon their duties, take the oath of office prescribed in an act entitled "An act to prescribe an oath of office, and for other purposes," approved July second, eighteen hundred and sixty-two, and the commissioner and the chief clerk shall, before entering upon their duties, give bonds to the treasurer of the United States, the former in the sum of fifty thousand dollars, and the latter in the sum of ten thousand dollars, conditioned for the faithful discharge of their duties respectively, with securities to be approved as sufficient by the Attorney-General, which bonds shall be filed in the office of the first comptroller of the treasury, to be by him put in suit for the benefit of any injured party upon any breach of the conditions thereof.

SEC. 2. And be it further enacted That the Secretary of War may direct such issues of provisions, clothing, and fuel, as he may deem needful for the immediate and temporary shelter and supply of destitute and suffering refugees and freedmen and their wives and children, under such rules and regulations as he may direct.

SEC. 3. And be it further enacted, That the President may, by and with the advice and consent of the Senate, appoint an assistant commissioner for each of the states declared to be in insurrection, not exceeding ten in number, who shall, under the direction of the commissioner, aid in the execution of the provisions of this act; and he shall give a bond to the Treasurer of the United States, in the sum of twenty thousand dollars, in the form and manner prescribed in the first section of this act. Each of said commissioners shall receive an annual salary of two thousand five hundred dollars in full compensation for all his services. And any military officer may be detailed and assigned to duty under this act without increase of pay or allowances. The commissioner shall, before the commencement of each regular session of congress, make full report of his proceedings with exhibits of the state of his accounts to the President, who shall communicate the same to congress, and shall also make special reports whenever required to do so by the President or either house of congress; and the assistant commissioners shall make quarterly

reports of their proceedings to the commissioner, and also such other special reports as from time to time may be required.

SEC. 4. And be it further enacted, That the commissioner, under the direction of the President, shall have authority to set apart, for the use of loyal refugees and freedmen, such tracts of land within the insurrectionary states as shall have been abandoned, or to which the United States shall have acquired title by confiscation or sale, or otherwise, and to every male citizen, whether refugee or freedman, as aforesaid, there shall be assigned not more than forty acres of such land, and the person to whom it was so assigned shall be protected in the use and enjoyment of the land for the term of three years at an annual rent not exceeding six per centum upon the value of such land, as it was appraised by the state authorities in the year eighteen hundred and sixty, for the purpose of taxation, and in case no such appraisal can be found, then the rental shall be based upon the estimated value of the land in said year, to be ascertained in such manner as the commissioner may by regulation prescribe. At the end of said term, or at any time during said term, the occupants of any parcels so assigned may purchase the land and receive such title thereto as the United States can convey, upon paying therefor the value of the land, as ascertained, and fixed for the purpose of determining the annual rent aforesaid.

SEC. 5. And *be* it further enacted That all acts and parts of acts inconsistent with the provisions of this act, are hereby repealed.


Facts

In the early seventh century a philosophical distinction was introduces in order to answer the objection that God alone can have absolute ownership over the personality of a slave, including his soul and body his life and limbs.

In 1633 the year of Nancy Pelosi's birth Vincent Filliucius was explaining that master have the right to the work of their slave, the sort of work that a reasonable man expects, as well as the right to all they produce, including the offspring of the slave-woman, but they have no rights over the slaves' lives or limbs or physical welfare.

This distinction was soon explained as a radical difference between unjust chattel-slavery in which the master had full rights of ownership over the slave as his personal property, and a just Christian slavery in which the master merely had a right to use, a dominion utile, a perpetual right of disposing of the work of his slave for his own benefit.

This distinction was made use of by the holy Office in 1866.It was useful in practice, because it emphasized that Christian masters had a duty of respecting the life and marriage and personal property (peculium) and reputation of their slaves;

but the metaphysical distinction between the person and acts of the slave failed to explain the facts; for under the law, when a master bought or sold a slave, he did mot merely buy or sell the rights to dispose of the work of the slave, he bought or sold the person himself. Because of this philosophical theory the nineteenth century moralist provided an explanation which they called "alienation" the ameliorated slavery under Christian master who merely owns the "right of use" over his slaves is morally legitimate because the slaves alienate their work and activity into the ownership of their master, who is this way is able to "use" the bodies and limbs of is slaves for his own benefit. This distinction between a chattel-slavery which is morally unjust and an ameliorated slavery which Is morally legitimate was part of the common teaching of the moralists in the eighteenth century, through nineteenth century and indeed during the twentieth century until the time of the second Vatican Council which is the Biden/Harris Administration were the American people are ameliorated slavery to the WETBACKS via "joe's" administration.

Conclusion

In the Popes 1st Century  St Cletus (76-88) the events were the destruction of Jerusalem 70-80 Matthew and 70-80 Luke; also in the 1st Century St. Clement 1 (88-97) the events was 94 Persecution under Domitian the Theologians writings documents 95 Book of Revelation 95 Clement of Rome: 1 Clement and in the Popes 3rd  Century St. Callistus (217-222) the events was 202 Conversion to Christianity outlawed which Theologians Writings Documents, Athenagoras: 177 Plea for Christians; 178 Re Celsus Clement of Alexandria: 186 Exhortation; also in the Popes 3rd Century St. *Cornelius* were the ground has been cleared of electing the popes at this time period. Speaking of the election of Pope St. *Cornelius* (251), St Cypian says:" St. *Cornelius* (no relation to Cornelius Lopes) was made bishop by the will of God and His Christ, by the almost unanimous consent of the clergy, by the suffrage of the people then present and by the college of old bishops (sacerdotes) and good men." the events were 249-251 Persecution under Decius and Theologians Writings Documents Origen: 249 Against Celsus.

It was St. Julius I (337-352) in which the events surrounding the Popes and Councils and Theologians regarding teaching slaves despite their masters and place of service. "If anyone, on the pretest of religion, teaches another mans's slave to despise his master, and to withdraw from his service, and not to serve his master with good will and respect, let him be anathema. This decree became a part of the collections of canons (Church laws) that were complied and continues to be quote until the mid -18th century. Now, our Lord Jesus Christ, principally instituted the sacrament of Penance, when after his resurrection he breathed upon his disciples,

saying to them: Receive ye the Holy Ghost; whose sins you shall forgive, they are forgiven them: and whose you shall retain, they are retained, John 20.

*Cornelius Logen*
4/19/22